UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6065-CR-DIMITROULEAS

21 USC §952(a)
21 USC §841(a)(1)
18 USC §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

vs.

FITZROY MANDERSON
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about February 20, 2000, at Broward County, in the Southern District of Florida, the defendant,

**FITZROY MANDERSON,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.



## COUNT II

On or about February 20, 2000, at Broward County, in the Southern District of Florida, the defendant,

**FITZROY MANDERSON,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

FITZROY MANDERSON               **Superseding Case Information**:

**Court Division**: (Select One)

```
          New Defendant(s)          Yes ____   No ____
          Number of New Defendants  ____
___ Miami       ___ Key West        Total number of counts    ____
_X_ FTL   ___ WPB   ___ FTP
```

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) __No__
   List language and/or dialect    __English__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_        Petty       ____
   II   6 to 10 days     ____       Minor       ____
   III  11 to 20 days    ____       Misdem.     ____
   IV   21 to 60 days    ____       Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)  __No__
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  __02/20/00__
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes _X_ No

                                        _____
                                        TERRENCE J. THOMPSON
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. A5500063

*Penalty Sheet(s) attached                                       REV.4/7/99
N:\udd\hpantale\tthompso\MANDERSON\INDPKG.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  FITZROY MANDERSON          No.: _____

Count #I:
Import cocaine; in violation of 21:952(a) and 18:2

*Max Penalty:    Mandatory minimum 5 years' and 40 years' maximum imprisonment; $2,000,000 fine

Count #II:
Possess with intent to distribute cocaine; in violation of 21:841(a)(1) and 18:2

*Max Penalty: Mandatory minimum 5 years' and 40 years' maximum imprisonment; $2,000,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96