AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON USCS S/A Joseph Fariello (954) 356-7238x120

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

FITZROY MANDERSON

## WARRANT FOR ARREST

CASE NUMBER: 00 - 6065

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

TO:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FITZROY MANDERSON
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)    Possessing with the intent to distribute cocaine; and importing cocaine,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1), 952; and 2

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *Denny Butler* (signature) | |
| Signature of Issuing Officer | March 14, 2000 Fort Lauderdale, Florida |
| | Date and Location |
| *BS* | *Barry Seltzer* (signature) |
| Bail fixed at $Pre-trial detention | by  BARRY S. SELTZER U.S. Magistrate Judge |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ FITZROY MANDERSON _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ MALE _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ USCS, 299 E. Broward Boulevard, Fort Lauderdale, FL 33301 _____

_____ S/A Joseph Fariello (954) 356-7238x120 _____