UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55249-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6065-6050-CR-WPD
                         ) REPORT COMMENCING CRIMINAL
        -vs-             )            ACTION
                         )
FITZROY MANDERSON        )
                Defendant

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court           (circle one)

FILED by JKB D.C.
MAR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-20-00 ___ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 4-11-59

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case#  00-6050-CR-WPD

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ PTD Request
Who set Bond: Snow

(7) Remarks: Detainer P/up INS Hold

(8) Date: 3/20/00    (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: