## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: FITZROY MANDERSON (detainer)   CASE NO: 00-6065-CR-DIMITROULEAS
AUSA: TERRY THOMPSON /Menchel    ATTY:
AGENT: USCS    VIOL: 21:841(a)(1) & 18:952
PROCEEDING I/A ON INDICTMENT    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED

FILED by ___ D.C.
MAR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    BOND SET @
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;      x's a wk/month in person
3) Travel extended to:

Deft advised of charges — cnsl to be retained — re-set for IRC & PTD

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  3-22   11      Snow
                        (PTD) BOND HRG:       3-24   10:30   Snow
                        PRELIM/ARRAIGN:       3-24   10:30   Snow
                        REMOVAL HRG:
                        STATUS CONF:

Date: 3/20/00   Time 11:00   FTL/LSS TAPE #00- 06   Begin: 85   End: 191

