COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: FITZROY MANDERSON (J)    CASE NO: 00-6065-CR-DIMITROULEAS
AUSA: TERRY THOMPSON /Rosenthal/    ATTY: Bob Berube
AGENT: _____    VIOL: _____
PROCEEDING INQUIRY RE COUNSEL    RECOMMENDED BOND _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED FPD

[FILED by __ D.C. MAR 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

_____

_____

Counsel not retained - FPD appt'd

_____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing discovery order requested

_____

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:   3-24   11   Snow ✓
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:    4-6    11   Snow ✓

Date: 3/22/00   Time 11:00   FTL/LSS TAPE #00- 016   Begin: 1347   End: 1579

recall 1705 - 1844