UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6065-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

FITZROY MANDERSON

ARRAIGNMENT INFORMATION SHEET

[FILED by MAR 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        Telephone:_____

DEFENSE COUNSEL:        Name:____FEDERAL PUBLIC DEFENDER_____

                        Address:_____

                        Telephone:_____

BOND SET/CONTINUED:     $_____

Bond hearing held:  yes_____   no _X__   PTD   hearing set for___3/24/00_____

Dated this__22ND___ day of __MARCH_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_____
Deputy Clerk

Tape No.____00-016_____

cc: Copy for Judge
    U. S. Attorney

