AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON USCS S/A Joseph Fariello (954) 356-7238x120

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

FITZROY MANDERSON

## WARRANT FOR ARREST

CASE NUMBER: 00-6065-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FITZROY MANDERSON__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possessing with the intent to distribute cocaine; and importing cocaine,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1), 952; and 2

CLARENCE MADDOX
Name of Issuing Officer

_Jimmy Butler_ (signature)
Signature of Issuing Officer

Bail fixed at $Pre-trial detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 14, 2000 Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER U.S. Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Detainer pick up from BSO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/14/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 3/17/2000 | FOR: USC | Fred Depompa, SDUSM |