## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: FITZROY MANDERSON (J)    CASE NO: 00-6065-CR-Dimitrouleas
AUSA: Terry Thompson    ATTY: Bob Berube
AGENT: _____    VIOL: _____
PROCEEDING PTD HEARING    RECOMMENDED BOND _____
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED _____
BOND SET @ $100,000.00 - Corporate Surety w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

FILED by ___ D.C.
DKTG
MAR 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF: April 3, 2000 @ 11:00 a.m.

Date: 3/24/00  Time 11:00 A.M  FTL/LSS TAPE #00- 017  Begin: 1251  End: 1300

