UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6065-CR-DIMITROULEAS

UNITED STATES OF AMERICA

                            O R D E R

    vs                     _X_/  Appointing Counsel
                           ___/  Ratifying Prior Service
                           ___/  Extending Appointment
FITZROY MANDERSON                  for Appeal
                           ___/  Substituting Counsel

                               (prior counsel)

CHARGE:  21:841(a)(1)
    X_/Felony          ___/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

        Federal Public Defender
        101 N. E. 3rd Avenue, Suite 202
        Ft. Lauderdale, FL  33301
        Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this _22ND_ day of _MARCH_, 2000.

                              LURANA S. SNOW
                              CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services

