TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6065-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
vs. )
)
FITZROY MANDERSON, )
)
                Defendant. )
_____)

## GOVERNMENT'S WITNESS LIST

The United States of America respectfully submits this list of names of proposed witnesses on names that will be frequently mentioned during the trial of this case:

1. Joseph Fariello, U.S. Customs Service Special Agent

2. Mark Madenfort, U.S. Customs Special Agent

3. William Cunneen, BSO Detective

4. Leo Grachow, U.S. Customs Inspector

5. Steve Brandel, U.S. Customs Supervisory Inspector

6. Rajesh Said, Costa Cruise Lines Security Officer

7. Dilbahador Chhetri, Costa Cruise Lines Security Officer

8. Jose Rodriguez, Costa Cruise Lines Staff Cleaner

9. Cipriano Pedromo, Chief Crew Steward



10. Jose Guzman, Costa Cruise Lines, Security Officer

11. Mary V. Ferguson, BSO Forensic Chemist

12. Joseph Damino, Broward County Sheriff's Office Sgt.

13. Mike Kelly, Broward Sheriff's Office Property Officer

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By: _____
          TERRENCE J. THOMPSON
          ASSISTANT UNITED STATES ATTORNEY
          COURT ID #A5500063
          500 East Broward Boulevard, #700
          Fort Lauderdale, Florida 33394
          Telephone: (954) 356-7255x3516
          Facsimile: (954) 356-7336
          E-Mail: Terrence.Thompson@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was hand-delivered this 27th day of March, 2000 to:

Martin Bidwell, AFPD
101 NE 3rd Street
Fort Lauderdale, FL 33301

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

- 3 -