HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __FITZROY MANDERSON_____ CASE NO: __00-6065-CR-DIMITROULEAS__

AUSA __TERRY THOMPSON__ *pre* _____ ATTY  FPD _*Orale*_____

*trial set - ready*

00-019 @ 3661

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE__4/3/00_____ TIME__11:00_____

