HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT  JAMES BOOKER, ETAL           CASE NO: 00-6047-CR-ZLOCH
AUSA  MICHAEL DITTOE                ATTY FPD — Lopez for Wilson

    SEAN DIXON: Israel Encinosa, Esq.
    EARNEST ARCHIE: Philip Horowitz, Esq. pres
    JOHN GOETZ: Ruben Garcia, Esq. pres
    DONNELL BOKS: Harold Keefe, Esq.

00-020

Trial set April 25 — motions due 4-20 @ 1751

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT  JULIO CASTRO GARCIA            CASE NO: 00-6060-CR-FERGUSON
AUSA  DAVID CORA / Kay               ATTY MARTIN BIDWILL, AFPD Lopez

Disc out — M/Continue pending to be a trial   @ 1947

DEFT  FITZROY MANDERSON              CASE NO: 00-6065-CR-DIMITROULEAS ✓
AUSA  TERRY THOMPSON / Kay           ATTY FPD / Lopez for Bidwill

Disc out — No pending motions
4-31 set for trial   @ 1984

DATE  4/6/00                          TIME  11:00

