UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6065-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      :

      Plaintiff,             :

v.                             :

FITZROY MANDERSON,             :

      Defendant.             :
_____



**STATUS REPORT**

    A status conference was held in this cause on April, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided and no motions are pending.

    2. This case is ready for trial.

    DATED at Fort Lauderdale, Florida, this 7th day of April , 2000.

                        LURANA S. SNOW
                CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terrence Thompson (FTL)
Federal Public Defender's Office (FTL)

