UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6065-CR-DIMITROULEAS
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FITZROY MANDERSON,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Kathleen M. Williams, Federal Public Defender, through the undersigned Assistant Federal Public Defender, and hereby moves for leave to withdraw as counsel of record for Fitzroy Manderson and states as follows:

1. A conflict of interest has developed between the interests of Fitzroy Manderson and that of another client of the Federal Public Defender's Office.

2. The Sixth Amendment's guarantee of effective assistance of counsel includes the right to representation free from conflicting interest. Cuyler v. Sullivan, 446 U.S. 335 (1980); Holloway v. Arkansas, 435 U.S. 475 (1978); McConico v. Alabama, 919 F.2d 1543 (11th Cir. 1990).

3. Accordingly, to ensure that Fitzroy Manderson receives the effective assistance of counsel free from a conflict of interest, counsel requests that this Court grant this motion allowing



the Federal Public Defender to withdraw. The Court should appoint CJA counsel to represent Mr. Manderson. Calendar call is set for April 21, 2000.

WHEREFORE the Federal Public Defender respectfully requests this court to enter an order relieving the Federal Public Defender of any further responsibility as counsel for Mr. Manderson.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was faxed and/or mailed on this 11th day of April, 2000, to Terry Thompson, Assistant United States Attorney at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill