UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

   Plaintiff,

vs.

FITZROY MANDERSON,

   Defendant.
_____/



## ORDER SETTING HEARING

THIS CAUSE having been heard upon Defense counsel's April 11, 2000 Motion To Withdraw as Counsel [DE-22], this Court sets a hearing for <u>April 14, 2000 at 9:15 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2000.

                                     WILLIAM P. DIMITROULEAS
                                     United States District Judge

Copies furnished to:

Martin Bidwell, AFPD
Terrance Thompson, AUSA

