UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6065-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

v.

FIRTZROY MANDERSON,

    Defendants.
_____/

GOVERNMENT'S MOTION TO PROCEED WITH
TRIAL DURING THE WEEK OF APRIL 24, 2000

    The United States of America, files its Motion to Proceed to Trial During the Week of April 24, 2000, as follows:

    1.  The defendant was arraigned on the instant case on March 22, 2000. This is a case of a cruise ship crew member who was allegedly acting as a drug courier. This case is not complex and the trial should last only one or two days.

    2.  The United States requests that this case be tried as scheduled for the following the reasons: (a) A number of the government's essential witnesses are foreign citizens; and (2) Those witnesses are assigned to the motor vessel Costa Romantica. That ship cruises in the Carribean area during the winter months.



the ship is scheduled to sail for Europe in late April, 2000.

3. Accordingly, at least three essential witnesses will be unavailable after April 30, 2000, or available only at great expense and considerable difficulty.

WHEREFORE, the United States respectfully requests that trial of this matter proceed as scheduled.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida  33301
(954) 356-7306
(954) 356-7228 (facsimile)
Terrence.Thompson@justice.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served this 14th day of April, 2000, upon: Assistant Federal Public Defender Martin J. Bidwell, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY