UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

   Plaintiff,

vs.

FITZROY MANDERSON,

   Defendant.

_____/

## ORDER

THIS CAUSE having been heard upon Defense counsel's April 11, 2000 Motion To Withdraw as Counsel [DE-22], and the Government's April 14, 2000 Motion To Proceed with Trial During the Week of April 24, 2000, the Motion to Withdraw is GRANTED. Howard Schumacher is appointed to represent the Defendant. The Court defers ruling on the Government's motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Martin Bidwell, AFPD

Terrance Thompson, AUSA

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

