# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

*FILED APR 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

CASE NUMBER: 00-6065-CR-WPD    DATE: 4/14/00

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Fitzroy M Anderson

U.S. ATTORNEY: Terrence Thompson    DEFT. COUNSEL: Martin Bidwill

REASON FOR HEARING: Hearing Re: Counsel

RESULT OF HEARING: Motion to withdraw Attorney Granted. Howard Schumacher appointed as Attorney. Trial set for 4/24/00 @ 9:00. Calendar Call set for 4/21/00 @ 9:00

JUDGMENT: _____

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

