UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6065-CR-DIMITROULEAS / SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

FITZROY MANDERSON,

    Defendant,
_____/

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, FITZROY MANDERSON, by and through his newly appointed counsel, and moves this court for an order continuing this matter for a period of not less than thirty (30) days, and in support thereof states and alleges as follows:

1. The undersigned received a telephone call from Assistant Federal Public Defender Martin Bidwell on Friday morning. Mr. Bidwell informed the undersigned that he had been assigned in the above-styled cause of action following the Public Defender's withdrawal from the case based upon a conflict of interest.

2. During this conversation, Mr. Bidwell offered to copy discovery in the entire file, and have it ready for pick-up on Friday afternoon, April 14, 2000. The undersigned picked up the file on Friday afternoon and was unable to peruse it until Monday.

3. The undersigned had a Sentencing in Apalachicola, Franklin County, Florida and was out of his office securing the return flight for the remainder of the day



on Monday, April 17, 2000. The undersigned was also called into trial before The Honorable Ron Rothschild in Broward County Circuit Court beginning at 9:00 a.m. on Tuesday, April 18, 2000.

4. During the course of review of the Public Defender's file the undersigned became aware that the court had mandated through a prior order setting trial date that any motions for continuance would be filed on or before Friday, April 14, 2000. Based upon the circumstances set forth here and above, this Motion is untimely.

5. Outside of being unable to meet with Mr. Manderson under these time limitations, the undersigned has also reviewed the discovery and feels that additional matters require his investigation prior to trial. Specifically, the undersigned believes that a Motion to Suppress Identification of the Defendant would be appropriate, in lieu of the fact that an identification from the government's witness, Jose Rodriguez, (an employee on board the M/V Costa Romantica was performed in an unduly suggestive manner. According to the Broward Sheriff's office narrative, "I detective W. Cunneen had Manderson placed in the hallway and Rodriguez positively identified him as the person he saw in the hallway." Rodriguez is the individual onboard the Romantica who claims that he saw the Defendant take numerous packages out of his waist or pants and place them in a garbage receptacle in the passageway. Additionally, the undersigned feels the necessity of further investigating the fact that a similar incident involving a crew member that was stopped leaving the same ship and found to be carrying eight similar packages

of cocaine was made in B.S.O. case number BS00-02-11543. The undersigned needs additional time to verify whether or not a description of the individual arrested in that case would match the description of the Defendant.

6. The undersigned has additional basis for seeking a continuance, but would prefer to expand on these in an in-camera interview or a Sealed Ex-Parte response since they involve matters of strategy which the undersigned does not wish to disclose to the Assistant United States Attorney handling this matter. Should the Court feel additional reasoning is necessary to justify this request for a continuance, the undersigned will provide one, forthwith upon direction by this Court.

7. The undersigned's office has spoken with A.U.S.A. and he has no objections to the filing of this motion since the undersigned was just appointed to this matter.

8. The undersigned sets forth that this motion is in the interest of justice and is not made for purposes of delay, but rather, is necessary for the proper presentation of a defense and consultation with the Defendant prior to trial.

WHEREFORE, the Defendant, by and through the undersigned counsel respectfully requests that this court continue this matter for a period of not less than thirty days and that the matter be removed from the trial docket presently scheduled to begin on April 24, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile on this 19th day of April, 2000 to AUSA Terry Thompson at (954) 356-7228.

HOWARD J. SCHUMACHER
One East Broward Boulevard
Suite 700
Ft. Lauderdale, FL. 33301
(954) 356-0477
FL. Bar No: 776335