UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6065-CR-DIMITROULEAS / SNOW

UNITED STATES OF AMERICA,

  Plaintiff,

Vs.

FITZROY MANDERSON,

  Defendant,

_____/

## ORDER

THIS CAUSE, having come before the Court on counsel's Unopposed Motion for Continuance. and Court having been duly advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** that said Motion be ~~granted~~. Denied, without prejudice to renew at the calendar call

**DONE AND ORDERED** this 19 day of April, 2000.

_____
U.S. DISTRICT JUDGE

CC: Howard J. Schumacher, Esquire
    A.U.S.A. Terry Thompson

