# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED D.C. APR 21 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6065-Cr-WPD   DATE: April 21, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA vs. Fitzroy Henderson

U.S. ATTORNEY: Jerry Thompson   DEFT. COUNSEL: Allen Kauffman for Michael Schumacher

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is Granted. The time from today until trial is deemed excludable. Court Resets the trial period.

JUDGMENT: _____

CASE CONTINUED TO: 5/19/00   TIME: 9:00   FOR: Cal Call
MISC: 5/22/00   9:00   trial period

