UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 99-606⁴-CR-DIMITROULEAS/SNOW
         00   5

UNITED STATES OF AMERICA

      Plaintiff,

v.

FITZROY MANDERSON,

      Defendant.
_____/

### GOVERNMENT'S MOTION SEEKING AN ORDER PURSUANT TO RULE 15 TO TAKE DEPOSITION

The United States of America, by and through its undersigned Assistant United States Attorney, moves this Court pursuant to Federal Rule of Criminal Procedure 15 for an Order authorizing the Government to take and preserve the testimony of a witness from a foreign country for use at trial, and states as follows:

    1.  The defendant was charged in a two count indictment on March 14, 2000, with importation and possession with intent to distribute cocaine.

    2.  The defendant was employed as a cruise ship crew member aboard the cruise ship Costa Victoria.  On February 20, 2000, the defendant boarded a sister ship, the Costa Romantica, docked at



Port Everglades, Florida. A security officer noticed an unusual bulge in the waist-band area of the defendant's clothing and attempted to stop him.

3. When confronted by security guard Jose Guzman, the defendant ran aboard the ship and down a passageway. While in the passageway of a crew berthing area, the defendant removed packages of cocaine from the waist-band area of his trousers and placed the packages in a trash can. Those actions were observed by Jose Rodriguez, a crew member of the Costa Romantica, who was cleaning cabins in the crew's berthing area.

4. Two of the ship's security personnel, Rajesh Said and Dilbahadur Chhetri, are also essential government witnesses. Chhetri noticed the unusual bulge in the waist-band area of the defendant's clothing and attempted to stop the defendant. The defendant immediately ran away and disappeared down a passaeway on the ship. Said eventually located the defendant in the aft area of the ship. Rodriguez, Said and Chhretri are all foreign citizens employed by the cruise line. The Costa Romanitca and its sister ship are scheduled to depart for Europe by May 1, 2000 for the summer cruise season.

5. Accordingly, the United States requests that the three above-listed witnesses be deposed prior to their departure for Europe. Once the witnesses have left for Europe, they cannot legally be required to return for trial. Further, if the witnesses agreed to return voluntarily, the costs would be exorbitant.

6. The United States believes that exceptional circumstances exist to require depositions of these witnesses. Exceptional circumstances has been defined by the Eleventh Circuit in <u>United States v. Thomas</u>, 62 F.3d 132 (11th Cir. 1995); <u>United States v. Ramus</u>, 45 3d 1519, 1522 (11th Cir. 1995); and <u>United States v. Drougal</u>, 1 F.3d 1546, 1551 (11th Cir. 1993). The factors for the court to consider are:

(a) The witnesses are unavailable and are beyond the subpoena power of the United States.

(b) Injustice will otherwise result without the material testimony that the depositions could provide.

(c) Countervailing factors that would make the depositions unjust to the defendant-there are none.

(d) The prospective deponents are unavailable for trial and the absence of their testimony would produce injustice to the United States in that their testimony is material.

(e) Simple fairness requires permitting the proving party to produce the testimony by deposing the witnesses-absent significant countervailing factors which would render the taking of the deposition unjust. See <u>United States v. Drougal</u>, at 1 F.3d 1546.

WHEREFORE, the United States believes that the testimony of Jose Rodrigues, Rajesh Said, and Dilbahadur Chhetri, is extremely material. They will be beyond the subpoena power of the United States and they will not be available for the trial of this matter, currently scheduled for May 22, 2000.

WHEREFORE, the United States respectfully moves this court for an expedited Order authorizing the Rule 15 Depositions of Jose Rodriguez, Rajesh Said and Dilbahadur Chhetri.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500063
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 356-7306
(954) 356-7336 (FACSIMILE)

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Motion Seeking an Order Pursuant to Rule 15 to Take Depositions, was served this 21 day of April, 2000, upon: Howard Schumaker, Esquire, 1 Wast Broward Blvd., Suite 700, Fort Lauderdale, FL 33301.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY