UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6065-CR-DIMITROULEAS

    Plaintiff,

vs.

FITZROY MANDERSON,

    Defendant.
_____/

FILED by ___ D.C.

APR 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Government's misnumbered April 21, 2000 Motion Seeking an Order Pursuant to Rule 15 to take Deposition, this court sets a hearing for Tuesday, April 25, 2000 at 1:00 P.M. in Courtroom 203E of the Ft. Lauderdale Federal Courthouse.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of April, 2000.

                                                WILLIAM P. DIMITROULEAS
                                                United States District Judge

Copies furnished to:

Terrance Thompson, AUSA

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

