# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
APR 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6065-CR-WPD    DATE: April 25, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Fitzroy Manderson

U.S. ATTORNEY: Terry Thompson    DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Hearing Re: Deposition

RESULT OF HEARING: Counsel address Court. Court grants motion to perpetuate deposition. Order to be presented to the Court.

JUDGMENT: _____

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

