UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 99-8064-CR-DIMITROULEAS/SNOW
00-6065

UNITED STATES OF AMERICA

    Plaintiff,

v.

FITZROY MANDERSON,

    Defendant.
_____/

### ORDER

**THIS CAUSE**, having come before the Court on the Government's Motion Seeking an Order Pursuant to Rule 15 to Take Depositions, and the Court having held a hearing on this matter on April 25, 2000, it is hereupon:

**ORDERED AND ADJUDGED** that said Motion be Granted.

The parties shall depose Jose Rodriguez, Rajesh Said and Dilbahadur Chhetri, at 9:00 a.m. on May 1, 2000, at Room, 140 of the United States Courthouse, 299 E. Broward, Boulevard, Fort Lauderdale, Florida. The defendant shall be present at such depositions.

DONE AND ORDERED this 26 Day of April, 2000.

                WILLIAM P. DIMITROULEAS
                U.S. DISTRICT JUDGE

cc: U.S. Marshals
    AUSA Terrence J. Thompson
    Howard . Schumacher, Esquire

