**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6065-CR-WPD   DATE: May 19, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Fitzroy Marcusson

U.S. ATTORNEY: Lawrence Thompson   DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Cases ready for trial except that Schumacher has been reached for trial before Judge Seitz. Court continues case @ request of deft. Motion granted. The time from today until trial is deemed Excludable.

JUDGMENT: _____

CASE CONTINUED TO: 6/9   TIME: 9:00   FOR: Cal Call
MISC: 6/12   9:00   2 week trial period