**CRIMINAL MINUTES**

FILED _____ D.C.
JUN 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6065-CR-WPD   DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS   Fitzroy Manderson

U.S. ATTORNEY: Larry Thompson   DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Jury Selection & Trial Day 1

RESULT OF HEARING: Jury Selected and Sworn. Jury voir dire.

JUDGMENT: _____

CASE CONTINUED TO: 6/13/00   TIME: 9:15   FOR: DAY 2

MISC: _____