## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6065-CR-WPD  DATE: June 13, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: ~~Bob Ryckoff~~

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS  _Anthony Minderman_

U.S. ATTORNEY: _Larry Yumpson_   DEFT. COUNSEL: _Howard Shumacher_

REASON FOR HEARING: _Deft's Motion to Suppress_

RESULT OF HEARING: _Argument heard. Court takes matter under advisement & will render a decision._

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

