**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6065-CR-WPD   DATE: June 13, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Fitzroy Manderson

U.S. ATTORNEY: Jerry Thompson   DEFT. COUNSEL: Muird Schumacher

REASON FOR HEARING: Jury trial Day 2 - opening statements

RESULT OF HEARING: Gvt's Case in Chief. Gvt Rests. Deft's Rule 29 Motion for Judgment of Acquittal is Denied

JUDGMENT: _____

CASE CONTINUED TO: 6/14/00   TIME: 9:15   FOR: Day 3

MISC: _____