**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6065CR-WPD   DATE: June 14, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS  Terry Mankinen

U.S. ATTORNEY: Terry Thompson   DEFT. COUNSEL: Hilliard Schumerman

REASON FOR HEARING: Jury Trial (Day 3)

RESULT OF HEARING: Deft Rests. Closing Arguments. Court Instructs Jury. Jury Deliberates. Jury Question.

Verdict: Count 1. Not Guilty
         Count 2. Guilty

JUDGMENT: _____

CASE CONTINUED TO: 8/25/00   TIME: 11:00   FOR: Sentencing

MISC: _____

