# United States District Court

_Southern_ DISTRICT OF _Florida_

**EXHIBIT AND WITNESS LIST**

USA v. Fitzroy Mandeville

CASE NUMBER: 00-6005-CR-WPD

| PRESIDING JUDGE | PL. ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William F. Dimitrouleas | Terry Thompson, AUSA | Andre Schumacher |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/12/00 - 6/13/00 | David Kirkoff | Rick Cretton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/13/00 | | | Jose Guzman |
| ✓ | | 6/13/00 | | | Dilbahadur Chhetri (by videotape) |
| ✓ | | 6/13/00 | | | Jose Rodriguez (by videotape) |
| ✓ | | 6/13/00 | | | Rajesh Dass (by videotape) |
| ✓ | | 6/13/00 | | | Joseph Fazzini |
| | | 6/13/00 | | | Tony ___ |
| ✓ | | 6/13/00 | | | James DeCastro |
| ✓ | | 6/13/00 | | | Helen Gaffney |
| ✓ | | 6/13/00 | | | William Cunneen |
| | | | | | |
| | | | | | (see attached exhibit list) |

Page 1 of 1 Pages

# UNITED STATES EXHIBIT LIST

U.S. v. FITZROY MANDERSON  
CASE NO. 00-6065-CR-DIMITROULEAS  
ASSISTANT UNITED STATES ATTORNEY TERRENCE J. THOMPSON  
PAGE 1 OF 1

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Deck plan for deck 3 of M/V Costa Romantica | Chhetri | Chhetri | 6/13/00 |
| 2 | Cocaine | Cunneen | Cunneen | 6/13/00 |
| 3 | Photograph of service corridor (looking toward fire station) | Said | | 6/13/00 |
| 4 | Photograph of main fire station (deck 3) | Said | Said | 6/13/00 |
| 5 | Photograph of cabin door with do not disturb sign | Rodriguez | | 6/13/00 |
| 6 | Photograph of cabin door | Rodriguez | | 6/13/00 |
| 7 | $3,000 in U.S. currency seized from defendant | Cunneen | | 6/13/00 |
| 7A | $767 in U.S. currency seized from defendant | Cunneen | | 6/13/00 |
| 8 | Photograph of crew cabin hallway | Rodriguez | | 6/13/00 |
| 9 | Photograph of crew cabin hallway | Rodriguez | | 6/13/00 |
| 10 | Photograph of trash can | Rodriguez | Rodriguez | 6/13/00 |
| 11 | Photograph of crew gangway | Said | Said Cunneen | 6/13/00 |
| 12 | Photograph of service corridor (looking toward security station) | Said | Said | 6/13/00 |
| 13 | Photograph of main fire station | Said | Said | 6/13/00 |
| 14 | Photograph of service corridor (looking toward fire station) | Said | Said | 6/13/00 |
| 15 | Crew ID card of Fitzroy Manderson | Cunneen | Cunneen | 6/13/00 |

Stipulation  
6/13/00