00-6065-CR-WPD
USA v. Fitzroy Manderson
Jury Notes

CAN I See Exhibit one Please
Ship Layout. Before Lunch

We the Jury
have reached a
Verdict.

James Morocco
6-14-00