UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FITZROY MANDERSON,

    Defendant.
_____/

CASE NO. 00-6065-CR-DIMITROULEAS

**VERDICT**

WE, THE JURY, FIND, the Defendant FITZROY MANDERSON,

As to Count I     <u>Not Guilty</u>
                       GUILTY/NOT GUILTY

As to Count II    <u>Guilty</u>
                       GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

<u>James Morrocco</u>          <u>6-14-00</u>
FOREPERSON                   DATE

