# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA Plaintiff(s)

vs. Fitzroy Manderson Defendant(s)

Case No. 00-6065 CR WPD

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:  ☐ Miami  ☐ Ft. Lauderdale  ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Government Exhibits

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Terrence J. Thompson
AGENCY OF FIRM: U.S. Attorney's Office
ADDRESS: 255 So. E. Broward Blvd.
TELEPHONE: 954-356-7255 ext 3546
DATE: 6/14/00

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

