# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
  Plaintiff(s)

vs. Manderson
  Defendant(s)

Case No. 00-6065 CR-WPD

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): all defendant exhibits given to ___

☐ Attachments
   (Exhibit List, Order of Court)

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

SIGNATURE: _____
PRINT NAME: _____
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record