UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA
    plaintiff,

vs.       CASE NO. 00-6065-DIMITROULEAS/ SNOW

FITZROY MANDERSON,
    Defendant.
_____/

### DEFENDANT'S REQUEST FOR SUBSTITUTION OF COUNSEL
### FOR ALL FURTHER PROCEEDINGS IN THE DISTRICT COURT

Comes now, the defedant, Fitzroy Manderson, and moves this Honorable Court to immediately appoint counsel for all futher proceedings in the district court.Including, post-trial motions, sentencing, and appeal.

    In support thereof, the Defendant states :

1- The Defendant retained Howard J. Schumacher, to represent him at traial.

2- Howard J. Schumacher promised the Defandant to raise all issues prior to trial.

3- Howard J. Schumacher has not raised any issues, after trail he has dissapear from this Earth, I left varios messages stating the need of talking to him, and no answer or reply by him. The PSI objection was'nt able to be put in on time. As you can see I'am in a very bad situation here and in conflict with my counsel

4- My post trial motion and objections have not been done, at lease until this date I haven't receive a copy .

5- The **APRENDI. V. NEW YERSEY** Case applies to me, since in my Indictment the drug amount was not charged.

Wherefore the Defandant requests that substitute counsel be appointed for all futher proceedings: Post-trial motions, sentencing, and appeal.

FITZROY MANDERSON     Respectfully submitted,
Reg.No. 55244-004
P.O. Box 019120
Miami. FL 33101-9120

    FITZROY MANDERSON
    Augost 9, 2000