UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

Plaintiff,

vs.

FITZROY MANDERSON,

Defendant.
_____/

FILED by ___ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Defendant's pro se August 9, 2000 Request For Substitution of Counsel, the Court sets a hearing for Thursday, August 17, 2000 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o F.D.C. - Miami
P.O. Box 019120
Miami, FL 33101-9120

Terrence Thompson, AUSA

Howard J. Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301