**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6065-CR-WPD   DATE: 8/17/00
COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Fitzroy Manderson

U.S. ATTORNEY: Terrence Thompson   DEFT. COUNSEL: _____

REASON FOR HEARING: Hearing RE: Counsel

RESULT OF HEARING: Motion for substitution of counsel denied as moot

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: _____

