UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,          CASE NO. 00-6065-CR-DIMITROULEAS

    Plaintiff,

vs.

FITZROY MANDERSON,

    Defendant.
_____/

### ORDER DENYING REQUEST FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having been heard upon Defendant's pro se August 9, 2000 Request For Substitution of Counsel [DE-53], and the Court having conducted a hearing on August 17, 2000, and the Defendant having withdrawn his motion, said motion is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o F.D.C. - Miami
P.O. Box 019120
Miami, FL 33101-9120

Terrence Thompson, AUSA

Howard J. Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301