UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6065-CR-DIMITROULEAS

  Plaintiff,

vs.

FITZROY MANDERSON,

  Defendant.
_____/

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's August 23, 2000 Unopposed Motion to File Objections to Presentence Investigation Report out of time and the Court notes that Defendant did not comply with S.D. Florida Local Rule 7.1A(2) in that Defendant failed to include a proposed order, the Court, however, grants the motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:
Terrance Thompson, AUSA
Howard Schumacker, Esq.
  One East Broward Boulevard
  Suite 700
  Ft. Lauderdale, FL 33301

