**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6065-CR-WPD   DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Deidre   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Fitzroy Manderson

U.S. ATTORNEY: Terry Thompson   DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
78 months BOP, 3 years Supervised
Release, No Fine, $100.00 Assessment.

Motion to file objections to PSI out of time
is granted.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

