**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-~~60695~~-CR-DIMITROULEAS**
60265

**FITZROY MANDERSON,**

  Defendant / Appellant,

vs.

**UNITED STATES OF AMERICA,**

  Plaintiff / Appellee,
  _____/

### NOTICE OF APPEAL
INDIGENT FOR COSTS(CJA)

NOTICE IS GIVEN that FITZROY MANDERSON, Defendant/Appellant, Appeals to the Eleventh District Court of Appeals, the sentence imposed by this Honorable Court on August 25, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this ___ day of August, 2000, to AUSA Terrence at (954) 356-7336; AUSA Kathy Sallier 301 N. Miami Avenue, Miami, FL. 33128-7788; United States Court of Appeals, Eleventh Circuit, 56 Forsyth Street, N.W., Atlanta, GA. 30303.

HOWARD J. SCHUMACHER
Barnett Bank Tower
1 E. Broward Blvd. Ste. 700
Ft. Lauderdale, FL. 33301
(954) 356-0477
FL. Bar No: 776335

