UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FITZROY MANDERSON
   Appellant/Petitioner   )
                           )   CASE NO.00-6065-CR
                           )   JUDGE:DIMITROULEAS
   -v-                      )
                           )
UNITED STATES
   Appellee/Respondant    )

## NOTICE OF APPEAL

  Comes now,Appellant,Fitzroy Manderson,and the same as named above and hereby gives notice of appeal in stanter,to the decision and judgement,in the United States District Court for the Southern District of Florida,Fort Lauderdale Division on August 25,2000.

  Notice given in stanter,for reason that appellant requested counsel to appeal the judgement and conviction,but since has not heard from counsel or the court.

  Under liberal reading of Federal Rule of Apprilate Procedure which enumarates substance of notice of appeal,Appellant's request for substitution of counsel for further proceedings in the distrct court expressing intent to appeal conviction and requesting attorney to represent him in such proceedings satisfys the requirement of rule.F.R.A.P.Rules 3(c),3 note,28 U.S.C.A.

  The Eleventh Circuit has adopted as precedent the decisions of the Former Fifth Circuit announced before October 1,1981,**BONNER-v-CITY OF PRICHARD,661 F.-2d 1206(11th Cir.1981)(en banc)**.According to Appellant and the records of the proceeding,Appellant was left without counsel at the most crucial point in the proceeding due to a conflict of interest that was no fault of Appellant's,Rule 3(c) states that "[a]n appeal shall not be dismissed for informality of form or title of the notice of appeal."In the 1979 amendments to the rule which added that provision,the drafters explicitly cited with approval cases holding



that so long as the function of notice is met by filing od a paper indicating an intention to appeal,the substance of the rule has been complied with."see **UNITED STATES-v-WHITAKER,722 F.2d 1533,1534-35(11th Cir.1984)**(treating a defendant's motin for release pending appeal as the requisite jurisdictional notice under Rule 4(b)because records relected clear intent to appeal);**COBB-v-LEWIS,488 F.2d 41,44-45(5th Cir.1974).**See Exhibit attached,varifying Manderson's intention to appeal the judgement and conviction in this case,and for all reasons herein stated,this cout must accept this notice of appeal in accordance to Federal Rules of Appellate Procedures Rule 3(c).

DATE: 10-16-2000

FITZROY MANDERSON
55254-004
P.O.BOX 10
LISBON,OHIO  44432

**PROOF OF SERVICE**

I certify that the original and two copies of this document has been mailed to the United States District Court for the Southern District of Florida at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

DATE: *10-16-2000*

" EXHIBIT "

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA
    plaintiff,

vs.                                  CASE NO. 00-6065-DIMITROULEAS/ SNOW

FITZROY MANDERSON,
    Defendant.
_____/

## DEFENDANT'S REQUEST FOR SUBSTITUTION OF COUNSEL
## FOR ALL FURTHER PROCEEDINGS IN THE DISTRICT COURT

Comes now, the defedant, Fitzroy Manderson, and moves this Honorable Court to immediately appoint counsel for all futher proceedings in the district court.Including, post-trial motions, sentencing, and appeal.

    In support thereof, the Defendant states :

1- The Defendant retained Howard J. Schumacher, to represent him at traial.

2- Howard J. Schumacher promised the Defandant to raise all issues prior to trial.

3- Howard J. Schumacher has not raised any issues, after trail he has dissapear from this Earth, I left varios messages stating the need of talking to him, and no answer or reply by him. The PSI objection was'nt able to be put in on time. As you can see I'am in a very bad situation here and in conflict with my counsel

4- My post trial motion and objections have not been done, at lease until this date I haven't receive a copy .

5- The **APRENDI. V. NEW YERSEY** Case applies to me, since in my Indictement the drug amount was not charged.

Wherefore the Defendant requests that substitute counsel be appointed for all futher proceedings: Post-trial motions, sentencing, and appeal.

FITZROY MANDERSON                                        Respectfully submitted,
Reg.No. 55244-004
P.O. Box 019120
Miami. FL 33101-9120

                                                                    FITZROY MANDERSON
                                                                      Augost 9, 2000