UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| FITZROY MANDERSON<br>Appellant | ) | CASE NO.00-6065-CR<br>JUDGE:DIMITROULEAS |
| -v- | ) | |
| UNITED STATES<br>Appellee | )<br>)<br>) | |



Comes now,Appellant,Fitzroy Manderson,respectfully,and pro se,hereby moves this Honorable United States District Court for leave to acquire all transcripts necessary for an adequate appeal procedure without prepayment of such costs and fees,for reasons that Appellant is newly incarcerated and has not costs and fees of resources to pay such cost and fees pusuant to 28 U.S.C.§1915,and due to being incarcerated,it will be extremely difficult to obtain all required documentation required for in forma pauperis proceedings,I further request the court be considerate of the institutional procedures,for I am without counsel and is restrained and cannot provide my needs at will.

### CERTIFICATE OF SERVICE

I certify that the original and two copies of this document has been mailed to the Clerk's office in the United States District Court at 299 East Brouward Boulevard,Fort Lauderdale,Florida 33301.

DATE: 10-16-2000                                      _____ Pro Se

FITZROY MANDERSON
55254-004
P.O.BOX 10
LISBON,OHIO 44432

