DC 12 (Rev 8/82)

**APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER**

# United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF FLORIDA

**CASE TITLE:** FITZROY MANDERSON v. UNITED STATES

**DOCKET NO.** 00-6065-CR

**MAGISTRATE CASE NO.**

I, FITZROY MANDERSON, declare that I am the (check appropriate box)

- [X] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [X] TRANSCRIPTS OF TRIAL _other_

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: I am currently incarcerated and has field notice of appeal of the above name case, and all transcripts of the proceedings is necessary for me to file an effecyive appeal, I am incarcerated and cannot provide full payment for the transcripts.

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [X]  No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   $22 per month, FCI-ELKTON, 8730 SCROGGS ROAD, Elkton, Ohio 44415

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]  No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]  No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]  No [X]
   d. Gifts or inheritances?                                   Yes [ ]  No [X]
   e. Any other sources?                                       Yes [ ]  No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-16-2000                    _____
              (Date)                          Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

```
𝕞:                      ACCOUNT
0:                      STATEMENT
FCI ELKTON  - LIMITED OFFICAL USE         DATE 10/30/00
                                          PAGE No.01
```

Account # 55244004

MANDERSON, FITZROY NMI
DA

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 203.68 | .00 | .00 | .00 | 203.68 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000040 | 17:36 | 10-02-00 | SALE / REGULAR | 85.70- | 117.98 |
| OCT00P | 11:22 | 10-10-00 | PERFORMANCE PAY | 2.70 | 120.68 |
| 000052 | 17:21 | 10-16-00 | SALE / REGULAR | 30.00- | 90.68 |

```
                **** TRANSACTION TOTAL ****    113.00-
```

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 90.68 | .00 | .00 | .00 | 90.68 |