UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

FITZROY MANDERSON,

　　　　Defendant.
_____/

FILED _____ D.C.

NOV 0 _ 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's pro se October 16, 2000 Motion For Transcripts, and the Court having reviewed the Court file, finds as follows:

1. On June 14, 2000, the Defendant was found guilty of Possession with Intent to Distribute Cocaine.

　　2. On August 28, 2000, the Defendant was sentenced to 78 months in prison.

　　3. On August 30, 2000, defense counsel filed a Notice of Appeal. [DE-62].

　　4. On October 19, 2000, the Defendant filed a pro se Notice of Appeal. [DE-63].

　　5. On October 30, 2000, an appeal information sheet indicated that financial arrangements had not been made with the Court Reporter. [DE-64]. On November 3, 2000, an amended appeal information sheet reflected that financial arrangements had been made. Therefore, transcripts will be provided to defense counsel.

　　6. Defendant is not asking to represent himself on appeal, and he has no such right. Martinez v. Court of Appeal, 120 S. Ct. 684, 692 (2000).

　　7. Defense counsel presumably will be receiving the transcripts and proceeding with the



appeal. Defendant has no right to additional copies of the transcripts at government expense.

Wherefore, Defendant's Motion for Transcripts is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55254-004
c/o FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Terrence Thompson, AUSA