```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,      )  CASE NO.   00-6065-CR-WPD
                               )
            Plaintiff,         )
                               )
      -v-                      )
                               )
FITZROY MANDERSON,             )
                               )  Fort Lauderdale, Florida
            Defendant.         )  June 14, 2000
_____)  9:18 a.m.

                        VOLUME 2

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         TERRENCE J. THOMPSON, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant         HOWARD J. SCHUMACHER, ESQ.
                          One East Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida  33301


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE