```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )   CASE NO.  00-6065-CR-WPD
                             )
            Plaintiff,       )
                             )
      -v-                    )
                             )
FITZROY MANDERSON,           )
                             )   Fort Lauderdale, Florida
            Defendant.       )   August 25, 2000
_____)   11:03 a.m.


                       TRANSCRIPT OF SENTENCE

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                        U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        TERRENCE J. THOMPSON, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394


For the Defendant        HOWARD J. SCHUMACHER, ESQ.
                         One East Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida  33301


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657
```

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE