| CJA 24 (REV. 10/89) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | | VOUCHER NO. FLST2000646 |
|---|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAGISTRATE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | | 2. MAG. DOCKET NO. | PAID BY MKC - 12/15/00 |
| 3. DISTRICT DOCKETING NO. 00-6065-CR-WPD | 4. APPEALS DOCKET NO. | | 5. FOR (DISTRICT/CIRCUIT) | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF | U.S.A. vs. FITZROY MANDERSON | | | DATE PAID 12/18/00 MM |
| 7. PERSON REPRESENTED FITZROY MANDERSON | | 8. LOCATION/ORGANIZATION CODE | | |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Appeal

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C)
TRIAL - 6/13/200 / SENTENCING 8/25/2000

| 11. ATTORNEY'S STATEMENT  As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | 12. COURT ORDER  Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in item 11 is hereby granted. |
|---|---|
| ► [signature] ► 10-30-00 SIGNATURE OF ATTORNEY      DATE | ► [signature] SIGNATURE OF JUDGE OR MAGISTRATE |
| ATTORNEY'S TELEPHONE NO. (954) 356-0477 | |
| 1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE | ► 11/2/00 DATE |

| 13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS |
|---|---|
| A. Apportion ___ % of transcript with ___ | 14. A. |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B. |
| C. ☒ Prosecution Opening Statement  ☒ Prosecution Argument  ☒ Prosecution Rebuttal  ☒ Defense Opening Statement  ☒ Defense Argument  ☐ Voir Dire  ☒ Jury Instructions | 14. C. [initials] |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D. |

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS  ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)  299 E. Broward Blvd. |
|---|---|
| 16. FULL NAME OF PAYEE  Robert Ryckoff | Ft. Lauderdale, Fl. 33301 |
| 17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE  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 | 19. TELEPHONE NO.  AREA CODE (954) NUMBER 769-5657 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-127 1-50 1-16 | 193 | $3.00 | $579.00 | $ | $579.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | DE # 71, 72, 73 filed 12/8/00 | | | | | $ |

| 21. CLAIMANT'S CERTIFICATION  I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher. | 22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the transcript was received. | 23. TOTAL CLAIMED  $579.00 |
|---|---|---|
| ► Robert Ryckoff ► 12-8-00  CLAIMANT'S CERTIFICATION      DATE | ► Myrna Z McKinney ► 12/12/0  SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE | |
| 24. APPROVED FOR PAYMENT ► [signature]  SIGNATURE OF PRESIDING JUDICIAL OFFICER | ► 12/8/00  DATE | 25. AMT. APPROVED  $579.00 |

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT