UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS        Date: January 9, 2001
Eleventh Judicial Circuit           USDC # 00-6065-CR-WPD
56 Forsyth Street                   USCA # 00-15128-D
Atlanta, Georgia   30303
```

IN RE: **USA v. Manderson**

================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

     _1_ Volume of Pleadings
     _3_ Volumes of Transcripts

    _X_ Exhibits:

      _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                      Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                    LSS     CLOSED
                                                    APPEAL
              U.S. District Court
      Southern District of Florida (FtLauderdale)

      CRIMINAL DOCKET FOR CASE #: 00-CR-6065-ALL
```

USA v. Manderson                                         Filed: 03/14/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

FITZROY MANDERSON (1) , DOB         Howard J. Schumacher
4/11/59 Prisoner #55244-004           [term  08/28/00]
   defendant                          FTS 356-0480
 [term  08/28/00]                     954-356-0477
                                      Suite 700
                                      [COR LD NTC cja]
                                      1 E Broward Boulevard
                                      Fort Lauderdale, FL 33301

                                      Martin John Bidwill
                                       [term  04/13/00]
                                      Below Address Terminated on 11/1/00
                                      FTS 833-0368
                                      [COR LD NTC pda]
                                      Public Defender
                                       [term  04/13/00]
                                      [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      101 NE 3rd Avenue
                                      Suite 202
                                      Fort Lauderdale, FL 33301-1145
                                      954-356-7436


Pending Counts:                       Disposition

21:841A=CD.F CONTROLLED SUBST         Imprisonment 78 months;
SELL/DISTR/DISPENSE                   Supervised Release 36 months;
(2)                                   Assessment $100.00
                                      (2)


Offense Level (opening): 4

Docket as of January 5, 2001 12:41 pm                    Page 1

*Certified to be a true and correct copy of the document on file*
*Clarence Maddox, Clerk*
*U.S. District Court*
*Southern District of Florida*
*By [signature]  1-9-01*

```
Proceedings include all events.                              LSS
0:00cr6065-ALL USA v. Manderson                       CLOSED APPEAL


Terminated Counts:                    Disposition

21:952A=CI.F CONTROLLED
SUBSTANCES - IMPORT
(1)


Offense Level (disposition): 4



Complaints:

    NONE
```

```
Proceedings include all events.                           LSS
0:00cr6065-ALL USA v. Manderson                    CLOSED APPEAL

FITZROY MANDERSON, DOB 4/11/59 Prisoner #55244-004

        defendant


=========================

USA

        plaintiff

U. S. Attorneys:

  Terrence Thompson, AUSA
  FTS 356-7228
  954-356-7306
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

cr-06065-WPD    Document 75    Entered on FLSD Docket 01/05/2001    P
Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson                         CLOSED APPEAL

Beg. viol. 1

| Date | # | Entry |
|---|---|---|
| 3/14/00 | 1 | INDICTMENT as to Fitzroy Manderson (1) count(s) 1, 2 (Criminal Category 1) (pb) [Entry date 03/15/00] |
| 3/14/00 | 2 | ARREST WARRANT issued as to Fitzroy Manderson . Warrant issued by Magistrate Barry S. Seltzer Pretrial Detention Requested (pb) [Entry date 03/15/00] |
| 3/14/00 | -- | Magistrate identification: Magistrate Judge Lurana S.Snow (pb) [Entry date 03/15/00] |
| 3/17/00 | -- | ARREST of Fitzroy Manderson (ss) [Entry date 03/24/00] |
| 3/20/00 | 3 | REPORT Commencing Criminal Action as to Fitzroy Manderson DOB: 4/11/59 Prisoner # 55244-004 (ss) [Entry date 03/21/00] |
| 3/20/00 | 4 | Minute of Initial Appearance on Indictment held on 3/20/00 before Ch. Magistrate Judge Lurana S. Snow as to Fitzroy Manderson; Inquiry Re Counsel 3/22/00 at 11:00; PTD/Arraignment 3/24/00 at 10:30; Court Reporter Name or Tape #: 00-016 @ 85-197 (ss) [Entry date 03/21/00] |
| 3/20/00 | -- | Initial appearance as to Fitzroy Manderson held Arraignment set for 10:30 3/24/00 for Fitzroy Manderson; Detention Hearing set for 10:30 3/24/00 for Fitzroy Manderson (Defendant informed of rights.) (ss) [Entry date 03/21/00] |
| 3/20/00 | 5 | ORDER on Initial Appearance as to Fitzroy Manderson Report re counsel set for 11:00 3/22/00 for Fitzroy Manderson; Arraignment set for 10:30 3/24/00 for Fitzroy Manderson; Detention hearing set for 10:30 3/24/00 for Fitzroy Manderson before Ch. Magistrate Judge Lurana S. Snow, , (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/20/00) Tape # 00-016 CCAP (ss) [Entry date 03/22/00] |
| 3/22/00 | 6 | Minute of Inquiry Re Counsel held on 3/22/00 before Ch. Magistrate Judge Lurana S. Snow as to Fitzroy Manderson; PTD 3/24/00 at 11:00; Status Conference 4/6/00 at 11:00; Court Reporter Name or Tape #: 00-016 @ 1367-1579 (ss) [Entry date 03/23/00] |
| 3/22/00 | -- | Inquiry Re Counsel as to Fitzroy Manderson held (ss) [Entry date 03/23/00] |
| 3/22/00 | 7 | STANDING DISCOVERY ORDER as to Fitzroy Manderson all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/22/00) Tape # 00-016 CCAP (ss) [Entry date 03/23/00] |
| 3/22/00 | 8 | ORDER SETTING STATUS CONFERENCE as to Fitzroy Manderson Status conference set for 11:00 4/6/00 before Ch. Magistrate Judge Lurana S. Snow (Signed by Magistrate Judge Lurana S. Snow on 3/22/00) CCAP [EOD Date: 3/23/00] CCAP (ss) [Entry date 03/23/00] |

Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson                               CLOSED APPEAL

vol. 1 cont.

| | | |
|---|---|---|
| 3/22/00 | (9) | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Fitzroy Manderson (ss) [Entry date 03/23/00] |
| 3/22/00 | (10) | NOTICE of Assignment of Assistant Public Defender for Fitzroy Manderson. AFPD Martin John Bidwill assigned. (ss) [Entry date 03/23/00] |
| 3/22/00 | (11) | ARRAIGNMENT INFORMATION SHEET for Fitzroy Manderson (1) count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 03/24/00] |
| 3/23/00 | (12) | Arrest WARRANT Returned Executed as to Fitzroy Manderson on 3/17/00 (ss) [Entry date 03/24/00] |
| 3/24/00 | (13) | Minute of PTD Hearing held on 3/24/00 before Ch. Magistrate Judge Lurana S. Snow as to Fitzroy Manderson; Status Conference 4/3/00 at 11:00; Court Reporter Name or Tape #: 00-017 @ 1251-1300 (ss) [Entry date 03/27/00] |
| 3/24/00 | -- | Pretrial Detention hearing as to Fitzroy Manderson held (ss) [Entry date 03/27/00] |
| 3/24/00 | (14) | ORDER Appointing Federal Public Defender for Fitzroy Manderson (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/22/00) CCAP [EOD Date: 3/27/00] CCAP (ss) [Entry date 03/27/00] |
| 3/24/00 | (15) | NOTICE of Hearing as to Fitzroy Manderson: Set Jury trial for 9:00 4/24/00 for Fitzroy Manderson before Judge William P. Dimitrouleas, Set calendar call for 9:00 4/21/00 for Fitzroy Manderson before Judge William P. Dimitrouleas (ss) [Entry date 03/27/00] |
| 3/30/00 | (16) | RESPONSE to Standing Discovery Order by USA as to Fitzroy Manderson (ss) [Entry date 03/31/00] |
| 3/30/00 | (17) | Witness list by USA as to Fitzroy Manderson (ss) [Entry date 03/31/00] |
| 4/3/00 | (18) | Minute of Status Conference held on 4/3/00 before Ch. Magistrate Judge Lurana S. Snow as to Fitzroy Manderson; Court Reporter Name or Tape #: 00-019 @ 3661 (ss) [Entry date 04/04/00] |
| 4/3/00 | -- | Status conference as to Fitzroy Manderson held (ss) [Entry date 04/04/00] |
| 4/5/00 | (19) | Proposed Jury Instructions by USA as to Fitzroy Manderson (mh) [Entry date 04/06/00] |
| 4/6/00 | (20) | Minute of Status Conference held on 4/6/00 before Ch. Magistrate Judge Lurana S. Snow as to Fitzroy Manderson; Court Reporter Name or Tape #: 00-020 @ 1984 (ss) |

cr-06065-WPD    Document 75    Entered on FLSD Docket 01/05/2001    P
Proceedings include all events.                                              LSS
0:00cr6065-ALL USA v. Manderson                                       CLOSED APPEAL

[Entry date 04/07/00]                      \i() \_ 1 (e\c+

| | | |
|---|---|---|
| 4/6/00 | -- | Status conference as to Fitzroy Manderson held (ss) [Entry date 04/07/00] |
| 4/7/00 | 21 | STATUS REPORT ORDER as to Fitzroy Manderson. (Signed by Ch. Magistrate Judge Lurana S. Snow on 4/7/00) CCAP [EOD Date: 4/10/00] CCAP (ss) [Entry date 04/10/00] |
| 4/11/00 | 22 | MOTION by Fitzroy Manderson for Martin J. Bidwill to withdraw as counsel (ss) [Entry date 04/12/00] |
| 4/12/00 | 23 | ORDER as to Fitzroy Manderson Motion hearing before Judge William P. Dimitrouleas set for 9:15 4/14/00 for Fitzroy Manderson for [22-1] motion for Martin J. Bidwill to withdraw as counsel (Signed by Judge William P. Dimitrouleas on 4/12/00) CCAP [EOD Date: 4/13/00] CCAP❊ (ss) [Entry date 04/13/00] |
| 4/13/00 | 24 | MOTION by USA as to Fitzroy Manderson proceed with trial during the week of 4/24/00 (ss) [Entry date 04/14/00] |
| 4/13/00 | 25 | ORDER as to Fitzroy Manderson [24-1] motion proceed with trial during the week of 4/24/00 defer ruling as to Fitzroy Manderson (1), granting [22-1] motion for Martin J. Bidwill to withdraw as counsel (Terminated: attorney Martin John Bidwill for Fitzroy Manderson (1) (Signed by Judge William P. Dimitrouleas on 4/14/00) CCAP [EOD 4/17/00] CCAP❊ (ss) [Entry date 04/17/00] |
| 4/14/00 | 26 | Minute of Hearing Re: Counsel held on 4/14/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Trial 4/24/00 at 9:00; Calendar Call 4/21/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 04/18/00] |
| 4/14/00 | -- | Hearing Re Counsel as to Fitzroy Manderson held (ss) [Entry date 04/18/00] |
| 4/18/00 | 27 | CJA 20 as to Fitzroy Manderson: Appointment of Attorney Howard J. Schumacher (Signed by Judge William P. Dimitrouleas on 4/18/00 nunc tunc 4/14/00) (ss) [Entry date 04/19/00] |
| 4/19/00 | 28 | MOTION by Fitzroy Manderson for continuance of trial (ss) [Entry date 04/20/00] |
| 4/19/00 | 29 | ORDER as to Fitzroy Manderson denying without prejudice [28-1] motion for continuance of trial as to Fitzroy Manderson (1) (Signed Judge William P. Dimitrouleas on 4/19/00) CCAP [EOD Date: 4/20/00] CCAP❊ (ss) [Entry date 04/20/00] |

```
Proceedings include all events.                                          LSS
0:00cr6065-ALL USA v. Manderson                               CLOSED APPEAL

4/21/00   30    Minute of Calendar Call/Status Conference held on 4/21/00
                before Judge William P. Dimitrouleas as to Fitzroy
                Manderson; Calendar Call 5/19/00 at 9:00; Trial Period
                5/22/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                (ss) [Entry date 04/21/00]

4/21/00   --    Status conference as to Fitzroy Manderson held (ss)
                [Entry date 04/21/00]

4/21/00   31    MOTION by USA as to Fitzroy Manderson seeking an Order
                pursuant to Rule 15 to take deposition (ss)
                [Entry date 04/24/00]

4/24/00   32    ORDER as to Fitzroy Manderson granting motion to continue:
                Reset Jury trial for 9:00 5/22/00 for Fitzroy Manderson
                before Judge William P. Dimitrouleas, Reset calendar call
                for 9:00 5/19/00 for Fitzroy Manderson before Judge William
                P. Dimitrouleas, to Continue in Interest of Justice
                (Signed by Judge William P. Dimitrouleas on 4/24/00) CCAP
                [EOD Date: 4/24/00] CCAP (ss) [Entry date 04/24/00]

4/24/00   33    ORDER as to Fitzroy Manderson Motion hearing before Judge
                William P. Dimitrouleas set for 1:00 4/25/00 for Fitzroy
                Manderson for [31-1] motion seeking an Order pursuant to
                Rule 15 to take deposition (Signed by Judge William P.
                Dimitrouleas on 4/24/00) CCAP [EOD Date: 4/25/00] CCAP (ss)
                [Entry date 04/25/00]

4/25/00   34    Minute of Hearing Re: Deposition held on 4/25/00 before
                Judge William P. Dimitrouleas as to Fitzroy Manderson;
                Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 04/26/00]

4/25/00   --    Motion hearing as to Fitzroy Manderson re: [31-1] motion
                seeking an Order pursuant to Rule 15 to take deposition
                Motion hearing held before Judge William P. Dimitrouleas (ss)
                [Entry date 04/26/00]

4/26/00   35    ORDER as to Fitzroy Manderson granting [31-1] motion
                seeking an Order pursuant to Rule 15 to take deposition
                (See Order) (Signed by Judge William P. Dimitrouleas on
                4/26/00) CCAP [EOD Date: 4/27/00] CCAP (ss)
                [Entry date 04/27/00]

5/19/00   36    Minutes of Calendar Call/Status Conference held on 5/19/00
                before Judge William P. Dimitrouleas as to Fitzroy
                Manderson; Calendar Call 6/9/00 at 9:00; 2 week trial
                period 6/12/00 at 9:00; Court Reporter Name or Tape #: Bob
                Ryckoff (ss) [Entry date 05/19/00]

5/19/00   --    Status conference as to Fitzroy Manderson held (ss)
                [Entry date 05/19/00]
```

Proceedings include all events.                                              LSS
0:00cr6065-ALL USA v. Manderson                                    CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 5/19/00 | 37 | ORDER as to Fitzroy Manderson granting motion to continue: Reset Jury trial for 9:00 6/12/00 before Judge William P. Dimitrouleas, Reset calendar call for 9:00 6/9/00 before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 5/19/00) CCAP [EOD Date: 5/22/00] CCAP✻ (ss) [Entry date 05/22/00] |
| 6/9/00 | 38 | REQUESTED instruction regarding flight as to Fitzroy Manderson (ss) [Entry date 06/12/00] |
| 6/12/00 | 39 | Minutes of Jury Selection & Trial Day 1 held on 6/12/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Day 2 6/13/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/12/00] |
| 6/12/00 | -- | Voir dire begun as to Fitzroy Manderson (1) count(s) 1, 2 (ss) [Entry date 06/12/00] |
| 6/12/00 | -- | Jury trial as to Fitzroy Manderson held (ss) [Entry date 06/12/00] |
| 6/12/00 | 40 | RESPONSE by USA as to Fitzroy Manderson re motion to suppress witness identification of defendant (ss) [Entry date 06/13/00] |
| 6/12/00 | 41 | Minutes of Motion to Suppress held on 6/12/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Court Reporter Name or Tape #: none given (ss) [Entry date 06/13/00] |
| 6/12/00 | -- | Motion hearing as to Fitzroy Manderson re: motion to suppress before Judge William P. Dimitrouleas (ss) [Entry date 06/13/00] |
| 6/13/00 | 42 | Minutes of Jury Trial Day 2 held on 6/13/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Day 3 6/14/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/14/00] |
| 6/13/00 | -- | Jury trial as to Fitzroy Manderson held (ss) [Entry date 06/14/00] |
| 6/14/00 | 43 | ORDER as to Fitzroy Manderson denying motion to suppress witness identification out-of-Court and in-Court (Signed by Judge William P. Dimitrouleas on 6/14/00) CCAP [EOD Date: 6/15/00] CCAP✻ (ss) [Entry date 06/15/00] |
| 6/14/00 | 44 | Court's Jury instructions as to Fitzroy Manderson (ss) [Entry date 06/15/00] |

r-06065-WPD    Document 75    Entered on FLSD Docket 01/05/2001    Pa
Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson                    Vol. 1 Cont. CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 6/14/00 | 45 | Minutes of Jury Trial Day 3 held on 6/14/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Sentencing 8/25/00 at 11:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/15/00] |
| 6/14/00 | -- | Jury trial as to Fitzroy Manderson held (ss) [Entry date 06/15/00] |
| 6/14/00 | 46 | Exhibit and Witness List as to Fitzroy Manderson (ss) [Entry date 06/15/00] |
| 6/14/00 | 47 | Jury notes and Court's answers as to Fitzroy Manderson (ss) [Entry date 06/15/00] |
| 6/14/00 | 48 | JURY VERDICT as to Fitzroy Manderson Not Guilty: Fitzroy Manderson (1) count(s) 1, Guilty: Fitzroy Manderson (1) count(s) 2 (ss) [Entry date 06/15/00] |
| 6/14/00 | 49 | Release of exhibits as to Fitzroy Manderson Released to: Terrence J. Thompson (ss) [Entry date 06/15/00] |
| 6/14/00 | 50 | Release of exhibits as to Fitzroy Manderson Released to: Howard Schumacher (ss) [Entry date 06/15/00] |
| 6/14/00 | 51 | NOTICE of Hearing as to Fitzroy Manderson: Setting Sentencing for 11:00 8/25/00 for Fitzroy Manderson before Judge William P. Dimitrouleas (ss) [Entry date 06/15/00] |
| 6/16/00 | 52 | MOTION by Fitzroy Manderson to suppress witness identification out-of-court and in-court (ss) [Entry date 06/19/00] |
| 8/11/00 | 53 | MOTION by Fitzroy Manderson to substitute Howard J. Schumacher as Attorney (mh) [Entry date 08/14/00] |
| 8/11/00 | 54 | ORDER as to Fitzroy Manderson Motion hearing before Judge William P. Dimitrouleas set for 9:00 on 8/17/00 for Fitzroy Manderson re; [53-1] motion to substitute Howard J. Schumacher as Attorney (Signed by Judge William P. Dimitrouleas on 8/11/00) CCAP [EOD Date: 8/14/00] CCAP※ (mh) [Entry date 08/14/00] |
| 8/17/00 | 55 | Minutes of Hearing re Counsel held on 8/17/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/17/00] |
| 8/17/00 | -- | Hearing Re Counsel as to Fitzroy Manderson held (ss) [Entry date 08/17/00] |
| 8/17/00 | 56 | ORDER as to Fitzroy Manderson denying as moot [53-1] request for substitution of Howard J. Schumacher as counsel as to Fitzroy Manderson (1) (Signed by Judge William P. Dimitrouleas on 8/17/00) CCAP [EOD Date: 8/17/00] CCAP※ (ss) |

r-06065-WPD    Document 75    Entered on FLSD Docket 01/05/2001    Pa

Proceedings include all events.          LSS
0:00cr6065-ALL USA v. Manderson          CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| | | [Entry date 08/17/00] |
| 8/23/00 | 57 | UNOPPOSED MOTION by Fitzroy Manderson to file objections to PSI out of time (ss) [Entry date 08/24/00] |
| 8/25/00 | 58 | ORDER as to Fitzroy Manderson granting [57-1] unopposed motion to file objections to PSI out of time as to Fitzroy Manderson (1) (Signed by Judge William P. Dimitrouleas on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP (ss) [Entry date 08/28/00] |
| 8/25/00 | 59 | Minutes of Sentencing held on 8/25/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/28/00] |
| 8/25/00 | -- | Sentencing held Fitzroy Manderson (1) count(s) 2 (ss) [Entry date 08/29/00] |
| 8/28/00 | 60 | JUDGMENT as to Fitzroy Manderson (1) count(s) 2. Imprisonment 78 months; Supervised Release 36 months; Assessment $100.00 (Signed by Judge William P. Dimitrouleas on 8/28/00) CCAP [EOD Date: 8/29/00] CCAP (ss) [Entry date 08/29/00] |
| 8/30/00 | 62 | NOTICE OF APPEAL by Fitzroy Manderson re: [60-1] judgment order . EOD Date: 8/29/00; Fitzroy Manderson (1) count(s) 2; Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 09/27/00] |
| 9/25/00 | 61 | Judgment Returned Executed as to Fitzroy Manderson on 9/13/00 at Federal Correctional Institute, Elkton, OH (ss) [Entry date 09/26/00] |
| 9/27/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Fitzroy Manderson [62-1] appeal (gf) [Entry date 09/27/00] |
| 9/28/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Fitzroy Manderson Re: [62-1] appeal USCA Number: 00-15128-D (dl) [Entry date 10/06/00] |
| 10/19/00 | 63 | DUPLICATE NOTICE OF APPEAL by Fitzroy Manderson re: [60-1] judgment order . EOD Date: 8/29/00; Fitzroy Manderson (1) count(s) 2; Filing Fee: $ NO FEE PAID; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 10/19/00] |
| 10/19/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Fitzroy Manderson [63-1] appeal (gf) [Entry date 10/19/00] |

```
Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson                          CLOSED APPEAL
```
Vol. 1 cont.

| Date | # | Description |
|---|---|---|
| 10/26/00 | 65 | TRANSCRIPT INFORMATION FORM as to Fitzroy Manderson re: [62-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 10/31/00] |
| 10/30/00 | 64 | APPEAL INFORMATION SHEET as to Fitzroy Manderson re: [62-1] appeal ; Transcript ordered. No financial arrangements made with Court Reporter. (gf) [Entry date 10/31/00] |
| 11/6/00 | 66 | MOTION by Fitzroy Manderson for leave of Court to acquire all transcripts (ss) [Entry date 11/08/00] |
| 11/6/00 | 67 | APPLICATION by Fitzroy Manderson to proceed in forma pauperis (ss) [Entry date 11/08/00] |
| 11/7/00 | 68 | ORDER as to Fitzroy Manderson denying as moot [66-1] motion for transcripts (Signed by Judge William P. Dimitrouleas on 11/7/00) CCAP [EOD Date: 11/8/00] CCAP$ (ss) [Entry date 11/08/00] |
| 11/9/00 | 69 | TRANSCRIPT INFORMATION FORM as to Fitzroy Manderson re: [63-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 11/14/00] |
| 11/9/00 | 70 | Appeal Information Sheet as to Fitzroy Manderson re: [62-1] appeal Transcript due 12/4/00 for Fitzroy Manderson (gf) [Entry date 11/14/00] |
| 12/8/00 | 71 | TRANSCRIPT filed as to Fitzroy Manderson of Trial Proceedings held 6/13/00 before Judge William P. Dimitrouleas  Volume #: 1  Pages: 1-128  re: [63-1] appeal, [62-1] appeal . Appeal record due on 12/23/00 for Fitzroy Manderson (gf) [Entry date 12/08/00] |

Vol. 2

| Date | # | Description |
|---|---|---|
| 12/8/00 | 72 | TRANSCRIPT filed as to Fitzroy Manderson of Trial Proceedings held 6/14/00 before Judge William P. Dimitrouleas  Volume #: 2  Pages: 1-51  re: [63-1] appeal, [62-1] appeal . Appeal record due on 12/23/00 for Fitzroy Manderson (gf) [Entry date 12/08/00] |

Vol. 3

| Date | # | Description |
|---|---|---|
| 12/8/00 | 73 | TRANSCRIPT filed as to Fitzroy Manderson of Sentence held 8/25/00  before Judge William P. Dimitrouleas  Volume #: 1  Pages: 1-16  re: [63-1] appeal, [62-1] appeal . Appeal record due on 12/23/00 for Fitzroy Manderson (gf) [Entry date 12/08/00] |

Vol. 4

| Date | # | Description |
|---|---|---|
| 1/2/01 | 74 | CJA 24 as to Fitzroy Manderson Authorization to Pay Amount: $ 579.00 for Transcript Voucher # FLST2000646 (Signed by Judge William P. Dimitrouleas on 12/8/00) CCAP [EOD Date: 1/3/01] (ss) [Entry date 01/03/01] |
| 1/5/01 | 75 | Certificate of readiness transmitted to USCA as to Fitzroy Manderson  re: [63-1] appeal  by Fitzroy Manderson  USCA # 00-15128-D (dl) [Entry date 01/05/01] |

End vol. 1