UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6065-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

FITZROY MANDERSON,

　　　　Defendant.
_____/

FILED by _____ D.C.

MAR 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF RECEIPT

THE COURT hereby gives notice of receipt of a March 12, 2001 letter from the

Defendant referencing money that he wishes returned to him.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o F.S.L. Elkton
P.O. Box 10
Lisbon, Ohio 44432

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Terrence Thompson, AUSA



MATTHEW BALCH
CLERKS OFFICE
299 E, BROWARD BLVD.
  ROOM 108
FT. LAUDERDALE FL 33301

REC'D by _____ D.C.
MAR 1 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA-FT. LAUD.

FILED BY _____
2001 MAR 15 PM 3:26
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

00-6065-CR-Dimitrouleas

MAR. 12-2001
FITZROY MANDERSON
55244-004
F.S.L. ELKTON
P.O. BOX 10
LISBON OHIO 44432

DEAR SIR,

    I AM IN A SITUATION WHERE I CANNOT GET ANY COMMUNICATION FROM MY LAWYER (H. SCHUMACHER), SINCE I MOVE TO THIS INSTITUTION. (AND WHEN I WAS IN MIAMI TOO)
    HOWEVER THE LAST THING HE SAID TO ME COURT WHEN I ASK HIM FOR MY MONEY, HE SAID WHERE HE SHOULD SEND MY MONEY AND I TOLD HIM, SEND IT TO MY WIFE IN JAMAICA. HE EVEN SAID I COULD CALL HIM COLLECT. (I NEVER DID)
    I'VE BEEN TRYING ~~RECORDS~~ TO TALK TO HIM FOR THE LONGEST AND I NEVER GET A CHANCE TO. HOWEVER I GET TO UNDERSTAND THAT HE TOLD MY SISTER I CANNOT GET MY MONEY UNTIL I FINISH MY SENTENCE. WELL, I AM ASKING PLEASE TO LOOK INTO THE MATTER FOR ME, AND ASK HIM TO SEND MY MONEY TO ME.

    THANKS IN ADVANCE,
    YOURS TRULY,   FITZROY MANDERSON

P.S.  I WROTE THIS LETTER TO HIM AND STILL NO ANSWER.

LAW OFFICE OF
HOWARD J. SCHUMACHER, P.A
1 E.BROWARD BOULEVARD-SUITE 700
FORT LAUDERDALE, FLORIDA 33301


FITZROY MANDERSON
55244-004
FCI-ELKTON
P.O.BOX 10
LISBON, OHIO 44432


Hello Mr. Schumacher,

I am respectfully requesting that you deposit in my prison trust fund account the entire amount of $3,767.00 that has been returned to you on my behalf by the district court after I had been sentenced, I have advised my relatives in the Florida area to contact you concerning this matter, but it seems that you are never available for phone calls or appointments, therefore, this is my only alternative to getting my money. All that is necessary to complete the transaction, you must simple mail a check or money order to the above address as prescribed, and for this I am forever greatful to you for your time and consideration in this matter.

Forever sincerely

---

Subscribed and Sworn before me this 12 day of Febuary 2001

NOTARY PUBLIC

Amy J Spencer, Notary Public
State of Ohio