UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6065-CR-DIMITROULEAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | FORT LAUDERDALE, FL |
| PLAINTIFF, | JUNE 12, 2000 |
| | (V.I, Page 1-22) |
| VS | |
| FITZROY MANDERSON, | |
| DEFENDANT. | |

FILED by M
CT. REP.

APR - 9 2001

TRANSCRIPT OF MOTION TO SUPPRESS
BEFORE THE HONORABLE DIMITROULEAS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFF: | TERRENCE THOMPSON, ESQUIRE<br>299 EAST BROWARD BOULEVARD,<br>FORT LAUDERDALE, FL 33301 |
| FOR THE DEFENDANT: | HOWARD SCHUMACHER, ESQUIRE<br>500 EAST BROWARD BOULEVARD<br>SUITE 1800,<br>FORT LAUDERDALE 33369 |
| REPORTED BY: | BONNIE K. J. LEWIS, R.P.R.<br>OFFICIAL REPORTING SERVICES,<br>524 S. ANDREWS AVENUE,<br>JUSTICE BUILDING, SUITE 102-N<br>FORT LAUDERDALE, FL 33301 |

*OFFICIAL REPORTING SERVICES    (954) 467-8204*

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**