| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. *FLST2001969* |
|---|---|---|---|

| 1. JURISDICTION 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER _____ | 2. MAG JUDGE DOCKET NO. | PAID BY 5/21/01 MLC |
|---|---|---|

| 3 DISTRICT DOCKETING NO. 00-CR-60165 WPD | 4. APPEALS DOCKET NO. 0015128D | 5. FOR (DISTRICT/CIRCUIT) SD/FL | ACCTG. CLASS. NOS. |
|---|---|---|---|

6. IN THE CASE OF  USA  VS.  MANDERSON

7. PERSON REPRESENTED  FITZROY MANDERSON    8. LOCATION/ORGANIZATION CODE  FLSFL    DATE PAID 5/24/01 M

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)

APPEAL

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

MOTION TO SUPPRESS  (6-12-00)  AIS, attached

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

► _____  ► 2-9-01
SIGNATURE OF ATTORNEY          DATE
HOWARD SCHUMACHER    (954) 356-0477
PRINTED NAME OF ATTORNEY      PHONE NUMBER
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

► _____
SIGNATURE OF PRESIDING JUDICIAL OFFICER
D.C.-
► 2/15/01
DATE

FILED by M
CT. REP. M
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| 13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion       % of transcript with | | 14. A. |
| B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal  ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☒ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)

16. FULL NAME OF PAYEE  OFFICIAL Reporting

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE

19. TELEPHONE NO
AREA CODE ( ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 21 | 21 | $3.00 –20% | $ 50.40 | $ | $ 50.40 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): DE # 78 filed 4/9/01 | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
OFFICIAL REPORTING
524 SO ANDREWS AVE #301
FT. LAUDERDALE 33301
► _____ SS# 2036793  ► 4/6/01
CLAIMANT'S CERTIFICATION      DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.
► Myrna M McKinney  ► 4/12/01
SIGNATURE OF ATTORNEY/CLERK OF COURT     DATE

23. TOTAL CLAIMED
$ 50.40

24. APPROVED FOR PAYMENT
► _____
SIGNATURE OF PRESIDING JUDICIAL OFFICER  4/13/01
DATE

25. AMT. APPROVED
$ 9%

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT