UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS        Date: June 8, 2001
Eleventh Judicial Circuit           USDC # 00-6065-CR-WPD
56 Forsyth Street                   USCA # 00-15128-D
Atlanta, Georgia   30303
```

IN RE: **USA v. Manderson**

===============================================================

### 1st Supplemental Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

  1  Volume of Transcripts

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
Proceedings include events between 4/9/01 and 12/31/30.              LSS
0:00cr6065-ALL USA v. Manderson                              CLOSED APPEAL
```

LSS   CLOSED APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6065-ALL

USA v. Manderson                                              Filed: 03/14/00
Dkt# in other court: None

| | | |
|---|---|---|
| 4/9/01 | 78 | TRANSCRIPT filed as to Fitzroy Manderson of Motion to Suppress Hearing held 6/12/00 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-22 re: [63-1] appeal, [62-1] appeal . Appeal record due on 4/24/01 for Fitzroy Manderson (gf) [Entry date 04/10/01] Supp. 1, Vol. 1 |
| 4/9/01 | 79 | Appeal Information Sheet as to Fitzroy Manderson re: [63-1] appeal, [62-1] appeal Transcript filed on 4/9/01 for Fitzroy Manderson (gf) [Entry date 04/10/01] |
| 5/29/01 | 80 | CJA 24 as to Fitzroy Manderson Authorization to Pay Amount: $50.40 for Transcript Voucher # FLST2001969 (Signed by Judge William P. Dimitrouleas on 4/13/01) CCAP [EOD Date: 5/31/01] (ss) [Entry date 05/31/01] |
| 6/8/01 | 81 | 1st Supplemental Certificate of readiness transmitted to USCA as to Fitzroy Manderson re: [63-1] appeal by Fitzroy Manderson, [62-1] appeal by Fitzroy Manderson USCA # 00-15128-D (gf) [Entry date 06/08/01] |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 6/8/01