

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

---

September 05, 2001

RE: 00-15128-DD     USA v. Fitzroy Manderson
DC DKT NO.: 00-06065 CR-WPD

- TO:   Clarence Maddox
- CC:   Howard J. Schumacher
- CC:   Anne R. Schultz
- CC:   Terrence J. Thompson
- CC:   Guy A. Lewis
- CC:   Administrative File
- CC:   Administrative File
- CC:   Administrative File


# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

September 05, 2001



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-15128-DD     USA v. Fitzroy Manderson
DC DKT NO.: 00-06065 CR-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shaun Griffith (404) 335-6219

Encl.

DIS-2A (3-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NO. 00-15128-DD

00-6065-cr-WPD

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

versus

FITZROY MANDERSON,

        Defendant-Appellant.

FILED by _____ D.C.

SEP - 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Appeal from the United States District Court for the
Southern District of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 5th day of September, 2001.

                THOMAS K. KAHN
                Clerk of the United States Court
                of Appeals for the Eleventh Circuit

                By: Shaun Griffith
                    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 00-15128-DD

UNITED STATES OF AMERICA,

       Plaintiff-Appellee,

Versus

FITZROY MANDERSON,

       Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

ORDER:

Appellant's motion for leave to file Appellant's brief and record excerpt out of time is DENIED.

UNITED STATES CIRCUIT JUDGE