**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #00-15128-DD    Date: November 20, 2001
U.S. Court of Appeals - Eleventh Circuit USDC # 00-6065-CR-WPD
56 Forsyth St., N.W.                     USCA # 00-15128-DD
Atlanta, GA  30303
```

IN RE: **USA v. Manderson**

===============================================================

### 2nd Supplemental Certificate of Readiness and Transmittal of Supplemental Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

   **X** Exhibits:

   **1** Accordion Folder

Judge  The Honorable William P. Dimitrouleas

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                  Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
   Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



Proceedings include events between 11/20/01 and 11/20/01.                    LSS
0:00cr6065-ALL USA v. Manderson                                    CLOSED APPEAL

                                                                            LSS    CLOSED APPEAL

                   U.S. District Court
        Southern District of Florida (FtLauderdale)

        CRIMINAL DOCKET FOR CASE #: 00-CR-6065-ALL

USA v. Manderson                                           Filed: 03/14/00
Dkt# in other court: None

---

| 11/20/01 | 83 | 2nd Supplemental Certificate of Readiness and Transmittal of Supplemental Record consisting of one (1) accordion folder of trial exhibits [videotapes (3) and certified transcripts of depositions (3)] transmitted to USCA as to Fitzroy Manderson re: [63-1] appeal by Fitzroy Manderson, [62-1] appeal by Fitzroy Manderson USCA # 00-15128-DD (gf) [Entry date 11/20/01] [Edit date 11/20/01] |

*Supp. a, Exhibit 1* (handwritten)

[Stamp: Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By [signature], Deputy Clerk. Date 11/20/01]

United States District Court
Southern District of Florida

Case No. 00-6065-Cr-Dimitrouleas

United States of America,

vs.

Fitzroy Manderson,

    Defendant.



---

Stipulation of the Parties, Requesting District Court Clerk
to Correct and Supplement the Record on Appeal,
Transmitting to the Court of Appeals the Attached Depositions

---

The United States of America, by and through its attorney, the United States Attorney for the Southern District of Florida, and the defendant, by and through his attorney Howard Schumacher, Esq., pursuant to Fed. R. App. P. 10(e)(2), stipulate and agree that the record in this case should be corrected and a supplemental record be certified and forwarded to the Eleventh Circuit Court of Appeals, in Case No. 00-15128-DD, concerning the following unnumbered videotapes (3) and certified transcripts of depositions (3) presented to the district court and/or jury as evidence during the trial of the above captioned case, and

attached hereto:

    Videotape of Deposition of Jose Rodriguez on 5/1/2000

    Certified Deposition Transcript of Jose Rodriguez on 5/1/2000

    Videotape of Deposition of Dillbahadur Chetri on 5/1/2000

    Certified Deposition Transcript of Dillbahadur Chetri on 5/1/2000

    Videotape of Deposition of Rajesh Seid on 5/1/2000

    Certified Deposition Transcript of Rajesh Seid on 5/1/2000

STIPULATED AND AGREED this 7th day of November 2001 by:


Guy A. Lewis
United States Attorney


_____   _____
Robert B. Cornell (FBN 630187)       Howard J. Schumacher (FBN 776335)
Assistant United States Attorney     Attorney-at-Law
500 East Broward Blvd., Suite 700    500 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33394             Ft. Lauderdale, FL 33394
Fax No. 954-356-7336
EMAIL Robert.B.Cornell@usdoj.gov

Counsel for United States            Counsel for Defendant, Fitzroy Manderson

2