<u>FITZROY MANDERSON</u>
F.S.L. Elkton Post Office Box 10 Lisbon Ohio 44432 Unit G/A Registration No. 55244-004

Terrence J. Thompson
A.U.S.A Court ID No. A5500063
500 E. Broward Blvd, #700
Fort Lauderdale, Fl 33394



November 26, 2001

RE: MANDERSON V. U.S.A.
CASE NO. 00-6065-CR.
INQUIRY OF $3,767.00



Dear Mr. Thompson,

   Reference is made to the above mentioned civil action case inwhich I am the Plaintiff Pro-Se at present.
   Please provide me the sum of **three thousand seven hundred and sizty seven dollars ($3,767.00)** in regards to the attached " Order " from the U.S. District judge dated May 16, 2001.
   The reason I am Inquiring for you to send me my money is because my Lawyer failed to obtained it from you.
   The money also must be return with interest to me for failing to timely return it of the order of your Court.
   Thank you in advance for your consideration and cooperation concerning this matter articulated above therein. I remain of course most,

                                            Respectfully Submitted
                                            _____
                                            Fitzroy Manderson, Pro-Se

CC: U.S. District Judge
    Williams P. DimitRouleas

CC: Howard Schumacher, Esq.
    1.E. Broward Blvd. No.700
    Ft. Lauderdale, Fl. 33301



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6065-CR-DIMITROULEAS

   Plaintiff,

vs.

FITZROY MANDERSON,

   Defendant.
_____/

FILED by _____ D.C.

MAR 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF RECEIPT

THE COURT hereby gives notice of receipt of a March 12, 2001 letter from the Defendant referencing money that he wishes returned to him.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o F.S.L. Elkton
P.O. Box 10
Lisbon, Ohio 44432

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Terrence Thompson, AUSA

HOWARD J. SCHUMACHER, P.A.
1 E. BROWARD BOULEVARD-SUITE 700
FORT LAUDERDALE, FLORIDA 33301

FITZROY MANDERSON
55244-004
FCI-ELKTON
P.O. BOX 10
LISBON, OHIO 44432

Hello Mr. Schumacher,

    I am respectfully requesting that you deposit in my prison trust fund account the entire amount of $3,767.00 that has been returned to you on my behalf by the district court after I had been sentenced, I have advised my relatives in the Florida area to contact you concerning this matter, but it seems that you are never available for phone calls or appointments, therefore, this is my only alternative to getting my money. All that is necessary to complete the transaction, you must simple mail a check or money order to the above address as prescribed, and for this I am forever greatful to you for your time and consideration in this matter.

Forever Sincerely

[signature]

Subscribed and Sworn before me this 12 day of Febuary 2001

[signature] Amy J Spooner
NOTARY PUBLIC

Amy J Spooner, Notary Public
State of Ohio
Commission Expires 6/4/2005