THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                       CASE NO. 00-6065-CR-DIMITROULEAS

FITZROY MANDERSON,

    Defendant.

## NOTICE OF APPEAL

Now comes the Defendant, FITZROY MANDERSON, pro-se in the above captioned cause who submits this notice of appeal of the ORDER of the United States District Court, dated February 5, 2002 and signed by the Honorable William P. Dimitrouleas, Judge, United States District Court for the Southern District of Florida.

The Court DENIED Defendant's relief pursuant to Title 18 U.S.C.A. § 3582 (c)(2) and §3553(f) The Safety Valve Fairness Act of '2001.

The appeal is taken to the 11th. Circuit Court of Appeals.

Respectfully submitted,

Fitzroy Manderson, pro-se
Reg. No. 52244-004
FSL Elkton Unit G/A
P.O. Box 10
Lisbon, Ohio 44432-0010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6065-CR-DIMITROULEAS

Plaintiff,

vs.

FITZROY MANDERSON,

Defendant.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's pro se January 28, 2002 Motion For the Modification of Sentence, and the Court having reviewed the Court file, finds as follows:

1. On June 14, 2000, the Defendant was found guilty of Possession with Intent to Distribute Cocaine. [DE-48].

2. On August 28, 2000, the Defendant was sentenced to 78 months in prison. [DE-60].

3. On August 30, 2000, defense counsel filed a Notice of Appeal. [DE-62].

4. On October 19, 2000, the Defendant filed a pro se Notice of Appeal. [DE-63].

5. On September 11, 2001, the Eleventh Circuit Court of Appeals dismissed the appeal. [DE-82].

6. Any amendment to 18 U.S.C. § 3553 (f) would not have affected Defendant's sentence in 2000. Previous to November 1, 2001, a defendant would not qualify for the safety valve if he scored out at less than level 26. Since the Defendant scored level 26 at his sentencing, he was not disqualified from safety valve consideration.[1] This 2001 amendment does not operate to

---

[1] All other guideline application decisions made during the original sentencing remain intact. U.S. v. Bravo, 203 F. 3d 778 (11th Cir. 2000). This Court need not address whether

allow all convicted defendants another opportunity to seek the safety valve.

Wherefore, Defendant's Motion for Modification of Sentence is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of February, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #52244-004
c/o FSL/ Elkton Ohio (GA)
P.O. Box 10
Lisbon, Ohio 44432-0010

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Terrence Thompson, AUSA

---

Manderson could have satisfied all five criteria for the safety valve, nor does this Court now decide any issues of ineffective assistance of counsel at sentencing.