UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6065-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FITZROY MANDERSON,

Defendant.

_____/



FILED by _____ D.C.

FEB 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon Defendant Fitzroy Manderson's Notice of Appeal
[DE 87], filed herein on February 13, 2002.  In an abundance of caution, the Court will treat Mr.
Manderson's Motion for Modification as a petition pursuant to 28 U.S.C. § 2255.  In addition,
the Court, pursuant to Eleventh Circuit Court of Appeal precedent, treats the Notice of Appeal as
an application for a certificate of appealability..  The Court has carefully considered the matter
and is otherwise fully advised in the premises.

On February 5, 2002, this Court denied Defendant's Motion for Modification of Sentence,
holding that the safety valve under 18 U.S.C. § 3553(f) does not affect Defendant's August 28,
2000, sentence.  On consideration of the instant motion for certificate of appealability, the Court
will deny such certification, as the Court concludes under Slack v. McDaniel, 120 S.Ct. 1595
(2000) that Petitioner has not shown that "jurists of reason would find it debatable whether the
petition states a valid claim of denial of a constitutional right, and that jurists of reason would
find it debatable whether the district court was correct in its procedural ruling." The Court notes
that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the
Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Fitzroy Manderson's



Motion for a Certificate of Appealability [DE 87] is hereby **DENIED.**

       **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this _____ day of February, 2002.

                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

Fitzroy Manderson, #52244-004
FSL Elkton Unit G/A
P.O. Box 10
Lisbon, Ohio 44432-00010

Howard Schumacher, Esq.
500 E. Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33394

Terrence Thompson, AUSA

Eleventh Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta, Georgia 30303