UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. 00-6065-CR-DIMITROULEAS

vs.

FITZROY MANDERSON,

Defendant.

MOTION TO COMPEL DEFENSE COUNSEL
TO COMPLY WITH COURT ORDER OF MARCH 16, 2001

Now comes the Defendant, FITZROY MANDERSON, hereinafter known as "Defendant" and respectfully moves this Honorable Court for an ORDER or any other appropriate relief in having Howard Schumacher, Esquire, 1 East Broward Blvd. # 700, Ft. Lauderdale, FL. 33301, return to the Defendant the sum of three thousand, seven hundred sixty seven dollars ($3,767.00) that the Court ordered returned to the Defendant on March 16, 2001.

As of the filing of the instant motion, the Defendant has written numberous letters to the lawyer to have the funds returned without having any letters returned or answered. Further, Defendant has had a family member contact the lawyer personally to no avail only to continuously be given the run around.

The Defendant recently sought to have the Court reduce his sentence pursuant to the Safety Valve Fairness Act, '2001 and was able to ascertain through various filings that the direct appeal that counsel had filed on behalf of the Defendant had already been heard and dismissed/affirmed. At no time was the Defendant able to read about any objections brought on by the Government or the opinion of the court affirming the Defendant's conviction.

91/[illegible]

The ineffectiveness of counsel in this matter is clear. Counsel's failure to notify the Defendant of the process of which his appeal has taken as well withholding the money that the Court ordered returned.

Wherefore, Defendant prays that this Hnorable Court compel **HOWARD SCHUMACHER** to return Defendant's money to him. Defendant has contemplated filing with the Florida State Bar Association so that an investigation may be started, but would like to follow the rules of this court first.

For the foregoing reasons, Defendant prays that this Court SUSTAIN this motion.

Respectfully submitted,

Fitzroy Manderson, pro-se
Reg. No. 55244-004 Unit G/A
FSL Elkton Ohio
P.O. Box 10
Lisbon, Oiho 44432

CERTIFICATE OF SERVICE

I, Fitzroy Manderson, state that a true and exact copy of the foregoing was sent by regular United States mail to Terrence Thompson, AUSA this being the 22ND day of February, 2002.

Fitzroy Manderson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FITZROY MANDERSON,

Defendant.
_______________________________/

CASE NO. 00-6065-CR-DIMITROULEAS

FILED by ___ D.C.
MAR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF RECEIPT

THE COURT hereby gives notice of receipt of a March 12, 2001 letter from the Defendant referencing money that he wishes returned to him.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o F.S.L. Elkton
P.O. Box 10
Lisbon, Ohio 44432

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Terrence Thompson, AUSA

# LIMITED POWER OF ATTORNEY FOR COLLECTION OF $ 3,767.00 AND MANAGEMENT OF PERSONAL CASH FROM A. U. S. A. TERRENCE THOMPSON

I, **FITZROY MANDERSON, HEREBY DULY SWORN,** disposes, and says under the penalty of perjury pursuant to 28 U.S.C. 1746 (2) that the following power of attorney which has given by me to my sister, Pauline Sailsman who is located at 8250 S.W. 3th PL, N. Ft. Lauderdale, Florida 33068 is true and correct to the best of my knowledge.

That the undersigned is hereby giving Mrs. Pauline Sailsman "Limited power" to collect the above sum from the A.U.S.A. Mr. Terrence Thompson, and take possession of my personal money pursuant to the U.S. District Judge William Dimitrouleas's order of March 16, 2001, which has been attached as **Exhibits**, and wheresoever situated, that no or there after may belong to me, or to the possession whereof I may be entitled, and to have access, and in doing everything that needs to be done as fully as the undersigned could do personally present, with full "Power" of substitute thereof, until A notice of revocation of this limited power of attorney has been given by me to her on **this 8th day of August 2001**

FilE: CC A.U.S.A.
Terrence Thompson,

Fitzroy Manderson # 55244-004
F.S.L. Elkton G/A. P.O. Box 10
Lisbon, Phio 44432

**************************************************************************
**************************************************************************

SWORN AND SUBSCRIBED BEFORE ME
THIS 8th DAY OF AUGUST 2001
NOTARY PUBLIC
MY COMMISSION EXPIRES: ________________

NOTARIAL SEAL STATE OF OHIO
RACHEL L. PITTS, Notary Public
State of Ohio
My Commission Expires
March 27, 2006

HOWARD J. SCHUMACHER, P.A
1 E.BROWARD BOULEVARD-SUITE 700
FORT LAUDERDALE, FLORIDA 33301

FITZROY MANDERSON
55244-004
FCI-ELKTON
P.O.BOX 10
LISBON, OHIO 44432

Hello Mr. Schumacher,

I am respectfully requesting that you deposit in my prison trust fund account the entire amount of $3,767.00 that has been returned to you on my behalf by the district court after I had been sentenced, I have advised my relatives in the Florida area to contact you concerning this matter, but it seems that you are never available for phone calls or appointments, therefore, this is my only alternative to getting my money. All that is necessary to complete the transaction, you must simple mail a check or money order to the above address as prescribed, and for this I am forever greatful to you for your time and consideration in this matter.

Forever sincerely

Subscribed and Sworn before me this 12 day of Febuary 2001

NOTARY PUBLIC

Amy J Spooner, Notary Public
State of Ohio
My Commission Expires 6/4/2005

Fitzroy Manderson
Reg. No. 55244-004
FSL Elkton UNit G/A
P.O. Box 10
Lisbon, Ohio 44432-0010

U.S. Marshal Service
Contents X-RAYED
Post 1

The **Honorable William P. Dimitrouleas, Judge**
The United States District Court
Southern District of Miami
United States Courthouse
Ft. Lauderdale, Florida 33301

LEGAL MAIL

33301/3333