UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6065-CR-DIMITROULEAS

    Plaintiff,

vs.

FITZROY MANDERSON,

    Defendant.
_____/



FILED by _____ D.C.

MAR 0 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having been heard upon Defendant's pro se February 22, 2002 Motion To Compel Defense Counsel to Comply with Court Order of March 16, 2001, and the Court having reviewed the Court file, finds as follows:

1. On June 14, 2000, the Defendant was found guilty of Possession with Intent to Distribute Cocaine. [DE-48].

2. On August 28, 2000, the Defendant was sentenced to 78 months in prison. [DE-60].

3. On March 16, 2001, this Court gave notice of receipt of a March 12, 2001 letter requesting the return of money. No response was requested, and none was given.

4. On September 11, 2001, the Eleventh Circuit Court of Appeals dismissed the appeal. [DE-82].

5. On November 30, 2001, Defendant request money to be returned. [DE-84].

6. In this motion, Defendant again requests the return of money.



Wherefore, the Court will defer ruling for ten (10) days to await a response from the Government and Mr. Schumacher.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o FSL/Elkton Ohio (G/A)
P.O. Box 10
Lisbon, Ohio 44432-0010

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

Terrence Thompson, AUSA