UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6065-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA          )
                                  )
v.                                )
                                  )
                                  )
FITZROY MANDERSON,                )
                                  )
          Defendant.              )
_____   )

GOVERNMENT'S RESPONSE TO DEFENDANT'S
REQUEST FOR RETURN OF UNITED STATES CURRENCY

The United States of America, by and through its undersigned Assistant United States Attorney, responds to the defendant's request for return of funds, as follows:

1.   At the time of his arrest, approximately $3,700 in United States currency was seized from the defendant's person. The currency was not forfeited by the United States.  The currency is being held by the Broward Sheriff's Office.

2.   The approximately $3,700 in United States currency seized from the defendant has been available for release to the defendant.  The defendant's attorney, or other designated representative, may obtain release of the currency by contacting U.S. Customs Special Agent Joseph Fariello at telephone number (954) 356-7383 ext. 120.

1



3.   The undersigned unsuccessfully attempted to contact the
defendant's attorney concerning this matter

                         Respectfully submitted,

                         GUY A. LEWIS
                         UNITED STATES ATTORNEY


              By:    _____
                         TERRENCE J. THOMPSON
                         Assistant United States Attorney
                         Court No. A5500063
                         500 E. Broward Blvd., Suite 700
                         Fort Lauderdale, Florida  33394
                         (954) 356-7255
                         (954) 356-7336 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 14th day of March 2002, to: Howard Schumacher, Esq., One East Broward Blvd., Fort Lauderdale, FL 33301-1801.

_____
TERRENCE J. THOMPSON
ASSISTANT U.S. ATTORNEY