UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

  Plaintiff,

vs.

FITZROY MANDERSON,

  Defendant.
_____/

FILED by _____ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's pro se February 22, 2002 Motion To Compel Defense Counsel to Comply with Court Order of March 16, 2001 [DE-91], and the Court having reviewed the Court file, and having received a response from the Government, said motion is Denied. However, Defendant's designated representative, Pauline Sailsman, may obtain the currency by contacting U.S. Customs Special Agent Joseph Fariello at (954)356-7383, ext. 120.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o FSL/Eklton Ohio (G/A)
P.O. Box 10
Lisbon, Ohio 44432-0010



Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, FL 33301

Terrence Thompson, AUSA