UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6065-CR-DIMITROULEAS

    Plaintiff,

vs.

FITZROY MANDERSON,

    Defendant.
_____/

FILED by ___ D.C.
MAR 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## AMENDED ORDER

THIS CAUSE having been heard upon Defendant's pro se February 22, 2002 Motion To Compel Defense Counsel to Comply with Court Order of March 16, 2001 [DE-91] and the Court having reviewed the Court file, and having received a response from the Government, [DE-93] and now having received a Response from defense counsel on March 19, 2002, said motion is DENIED.  However, Defendant's designated representative, Pauline Sailsman, may obtain the currency by contacting U.S. Customs Special Agent Joseph Fariello at (954)356-7383, ext. 120, or defense counsel may obtain the funds for disbursement to the Defendant or his designee.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o FSL Elkton Ohio (G/A)
P.O. Box 10
Lisbon, Ohio 44432-0010

Howard Schumacher, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

Terrence Thompson, AUSA