

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

April 12, 2002

RE: 02-10908-BB    USA v. Fitzroy Manderson
DC DKT NO.: 00-06065 CR-WPD

TO:   Clarence Maddox

CC:   Fitzroy Manderson (55244-004)

CC:   Terrence J. Thompson

CC:   Guy A. Lewis

CC:   Anne R. Schultz

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

April 12, 2002



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-10908-BB      USA v. Fitzroy Manderson
DC DKT NO.: 00-06065 CR-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on April 2, 2002.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To:  Roxanne Green/ar (404) 335-6171

Encl.

DIS-2CIV (2-2000)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 02-10908-BB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FITZROY MANDERSON,

Defendant-Appellant.



Appeal from the United States District Court for the

Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief within the time fixed by the rules, effective this 12th day of April, 2002.

                                        THOMAS K. KAHN
                                        Clerk of the United States Court
                                        of Appeals for the Eleventh Circuit

                                        By:  Roxanne Green/ar
                                                Deputy Clerk

                                        FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40