UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FITZROY MANDERSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 02-60647-CIV-DIMITROULEAS
(00-6065-CR-DIMITROULEAS)

FILED by _____ D.C.

MAY 13 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon the Court's review of the petition [DE-1], filed in this case, and finding that the petition is unsworn and insufficient under Rule 2(b) of the Rules Governing § 2255; Mederos v. U.S., 218 F. 3d 1252, 1253 (11th Cir. 2000).

Wherefore, Petitioner may file an amended petition with a proper oath or he may sign the attached verification. Failure to do either and return one by May 28, 2002 may result in the dismissal of this petition.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of May, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o FSL Elkton Ohio (G/A)
P.O. Box 10
Lisbon, Ohio 44432-0010

Terrence Thompson, AUSA



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FITZROY MANDERSON,   CASE NO. 02-60647-CIV-DIMITROULEAS
                                    (00-6065-CR-DIMITROULEAS)
  Petitioner,

vs.

UNITED STATES OF AMERICA,   VERIFICATION OF PETITION
                            FOR WRIT OF HABEAS CORPUS
  Respondent.
_____/

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the petition for writ of habeas corpus which was filed by the Clerk on May 9, 2002, in the United States District Court for the Southern District of Florida, and which I failed to verify, is true and correct.

DATED:_____

                                            _____
                                            FITZROY MANDERSON

cc:   Honorable William P. Dimitrouleas
      United States District Judge
      299 E. Broward Boulevard
      Ft. Lauderdale, Florida 33301

      Terrence Thompson, AUSA