UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FITZROY MANDERSON,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

CASE NO. 02-60647-CIV-DIMITROULEAS
(00-6065-CR-DIMITROULEAS)

FILED by _____ D.C.

**MAY 15 2002**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TO SHOW CAUSE (2255)

THIS CAUSE having been heard upon the Petitioner's May 9, 2002 Motion to Vacate [DE-1], the Court orders as follows:

On or before May 31, 2002, the Respondent shall file a memorandum of fact and law to show cause why this petition should not be granted and shall file therewith a transcript of the petitioner's trial, copies of briefs filed on direct appeal, and all documents necessary for the resolution of this motion unless they are currently in the court file.

Counsel for the Respondent is requested to caption the response as a Response and not a Motion to Dismiss. The statute, 28 U.S.C. §2243, calls for a "Return", Rule 5 of the Rules Governing Section2254 Cases in the United States District Court calls for an "Answer". When a response, return, or answer is labeled as a motion to dismiss, it confuses the Court's computer.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of May, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #55244-004
c/o FSL Elkton Unit G/A
P.O. Box 10
Lisbon, Ohio 44432-0010

Terrence Thompson, AUSA