Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



March 18, 2003

RE: 03-10817-FF     USA v. Fitzroy Manderson
DC DKT NO.:  00-06065 CR-WPD

TO:   Clarence Maddox

CC:   Fitzroy Manderson (52244-004)

CC:   Terrence J. Thompson

CC:   Anne R. Schultz

CC:   Guy A. Lewis

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

March 18, 2003

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 03-10817-FF   USA v. Fitzroy Manderson
DC DKT NO.: 00-06065 CR-WPD

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: April Richards (404) 335-6179

Enclosures:

Volume(s) of Record

Box(es) of Exhibits

Envelope(s) of Exhibits

## LIMITED REMAND

CLK-3 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 03-10817-FF



00-6065 cr-WPD

UNITED STATES OF AMERICA,

                                      Plaintiff-Appellee,

versus

FITZROY MANDERSON,

                                      Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

Before DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

    Appellant's notice of appeal was untimely because it was not filed within ten (10) days of the January 13, 2003, entry of the order denying his motion for modification and reduction of his sentence filed pursuant to 18 U.S.C. § 3582(c). See Fed.R.App.P. 4(b) & (c)(1); Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988). Because, however, the notice was filed within the additional time permitted for filing a motion for extension of time to appeal, it is construed as such a motion. See Fed.R.App.P. 4(b)(4); United States v. Ward, 696 F.2d 1315, 1317-18 (11th Cir. 1983). Accordingly, this case is **REMANDED** to the district court for a determination of excusable neglect or good cause. When the district court has made the necessary findings it shall return the record, as supplemented, to this Court for further action.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia