UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

    Plaintiff,

vs.

FITZROY MANDERSON,

    Defendant.
_____/

### ORDER SETTING HEARING AND APPOINTING COUNSEL

THIS CAUSE having been heard upon the Eleventh Circuit's March 18, 2003[1] limited remand to determine excusable neglect or good cause for filing an untimely notice of appeal. [DE-105], the court sets an evidentiary hearing for June 13, 2003 at 9:00 A.M. The Court appoints Julie Vianale to represent the Defendant at this evidentiary hearing. The U.S. Attorney shall secure whatever writs or orders that are necessary to obtain the Defendant's presence for this hearing.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of April, 2003.

                                                WILLIAM P. DIMITROULEAS
                                               United States District Judge

---

[1] The clerk did not favor this court with a copy of the remand until April 14, 2003.

1

Copies furnished to:

Fitzroy Manderson, #52244-004
c/o FSL Elkton Ohio (GA)
P.O. Box 10
Lisbon, Ohio 44432-0010

Terrence Thompson, AUSA

Julie Vianale
5355 Town Center Road, #801
Boca Raton, FL 33486