UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6065-CR-DIMITROULEAS

     Plaintiff,

vs.

FITZROY MANDERSON,

     Defendant.

_____/

## ORDER RESETTING HEARING

THIS CAUSE having been heard upon the U.S. Marshal's notification that they will not

be able to transport the Defendant for the limited remand to determine excusable neglect or good

cause for filing an untimely notice of appeal hearing currently set for <u>June 13, 2003 at 9:00 A.M.</u>

because the prison at Elkton is under chicken-pox quarantine, the Court resets the hearing for <u>July</u>

<u>3, 2003 at 10:00 A.M.</u>  The U.S. Attorney shall secure whatever writs or orders that are

necessary to obtain the Defendant's presence for this hearing.

     DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___4___ day of June, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fitzroy Manderson, #52244-004
c/o FSL Elkton Ohio (GA)
P.O. Box 10
Lisbon, Ohio 44432-0010



Terrence Thompson, AUSA

Julie Vianale
5355 Town Center Road, #801
Boca Raton, FL 33486

11th Circuit Court of Appeals
  Appeals Desk