# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6065-CR-WPD     DATE: July 3, 2003

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: ~~Bob Ryckoff~~ Jerry Reeves

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Fitzroy Henderson

U.S. ATTORNEY: Terry Thompson     DEFT. COUNSEL: Julie Vianale

REASON FOR HEARING: Remand from 11th Circuit

RESULT OF HEARING: Deft. sworn and questioned by the Court. Court finds good cause existed for appeal to be filed out of time. Court will enter written order.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____