AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_Southern_    DISTRICT OF    _Florida_

USA v. Fitzroy Manderson

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00 - 6065 CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Terry Thompson, AUSA | Charles Vianale |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/3/03 - Remand from 11th Circuit | Larry Reeves | Paul Carlson |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1  Fitzroy Manderson |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size