UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6065-CR-DIMITROULEAS

   Plaintiff,

vs.

FITZROY MANDERSON,

   Defendant.
_____/

## ORDER ON LIMITED REMAND

THIS CAUSE having been heard upon the Eleventh Circuit's March 18, 2003 limited remand to determine excusable neglect or good cause for filing an untimely notice of appeal [DE-105], and the Court having conducted an evidentiary hearing on July 3, 2003, the Court determines that there was excusable neglect and good cause for Defendant's untimely filing of his notice of appeal. Therefore, this Court recommends that the Defendant be allowed to appeal this Court's order of January 13, 2003. The clerk shall return the record, as supplemented, to the Eleventh Circuit of Appeals for further action.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3 day of July, 2003.

                                                      _____
                                                      WILLIAM P. DIMITROULEAS
                                                      United States District Judge

copies furnished to:

| Fitzroy Manderson, #52244-004 | Terrence Thompson, AUSA | 11th Circuit Court of Appeals |
| c/o FSL Elkton Ohio (GA) | | Appeals Desk |
| P.O. Box 10 | Julie Vianale, Esq. | |
| Lisbon, Ohio 44432-0010 | 5355 Town Ctr. Road, #801 | |
| | Boca Raton, FL 33486 | |

