**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
**Court Administrator/Clerk of Court**

```
Clerk's Office - Appeal #03-10817-FF    Date: July 14, 2003
U.S. Court of Appeals - Eleventh Circuit USDC # 00-6065-CR-WPD
56 Forsyth St., N.W.                     USCA # 03-10817-FF
Atlanta, GA  30303
```

IN RE: **USA v. Fitzroy Manderson**

================================================================

**Certificate of Readiness and Transmittal of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      _1_  Volume of Pleadings
      _4_  Volumes of Transcripts

      _X_  Exhibits:

         _1_  Expandable Folder (Trial Exhibits)
         _1_  PSI (sealed)

Judge _The Honorable William P. Dimitrouleas_

                                   Sincerely,

                    Clarence Maddox, Court Administrator/Clerk


                    By: _____
                                        Deputy Clerk

Please Acknowledge Receipt of COR/ROA.


_____
      Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                    LSS      CLOSED
                                                    APPEAL
                    U.S. District Court
        Southern District of Florida (FtLauderdale)

        CRIMINAL DOCKET FOR CASE #: 00-CR-6065-ALL
```

USA v. Manderson                                    Filed: 03/14/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

FITZROY MANDERSON (1) , DOB        Howard J. Schumacher
4/11/59 Prisoner #55244-004         [term  08/28/00]
    defendant                      FTS 356-0480
    [term  08/28/00]               954-356-0477
                                   Suite 700
                                   [COR LD NTC cja]
                                   1 E Broward Boulevard
                                   Fort Lauderdale, FL 33301

                                   Martin John Bidwill
                                    [term  04/13/00]
                                   Below Address Terminated on 11/1/00
                                   FTS 833-0368
                                   [COR LD NTC pda]
                                   Public Defender
                                    [term  04/13/00]
                                   FTS 356-7556
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   1 E Broward Boulevard
                                   Suite 1100
                                   Fort Lauderdale, FL 33301
                                   954-356-7436

                                   Julie Prag Vianale
                                   FTS 368-9274
                                   561-391-4900
                                   Suite 801
                                   [COR LD NTC cja]
                                   5355 Town Center Road
                                   Boca Raton, FL 33486


Pending Counts:                    Disposition

21:841A=CD.F CONTROLLED SUBST      Imprisonment 78 months;
SELL/DISTR/DISPENSE                Supervised Release 36 months;
(2)                                Assessment $100.00
                                   (2)


Docket as of July 14, 2003 3:27 pm              Page 1

```
Proceedings include all events.                                      LSS
0:00cr6065-ALL USA v. Manderson                          CLOSED APPEAL
```

Offense Level (opening): 4

Terminated Counts:                          Disposition

21:952A=CI.F CONTROLLED
SUBSTANCES - IMPORT
(1)

Offense Level (disposition): 4


Complaints:

    NONE

```
Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson                            CLOSED APPEAL

FITZROY MANDERSON, DOB 4/11/59 Prisoner #55244-004

                    defendant


==========================

USA

                    plaintiff


U. S. Attorneys:

    Terrence Thompson, AUSA
    FTS 356-7228
    954-356-7306
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer
    954-769-5600
    [COR LD NTC]
    Pretrial Services Office
    101 NE 3rd Avenue
    Suite 200
    Fort Lauderdale, FL 33301
    954-769-5600

    Probation Officer
    FTS 769-5566
    954-769-5500
    [COR LD NTC]
    United States Probation Office
    299 E Broward Boulevard
    Room 409
    Fort Lauderdale, FL 33301-1865
    954-769-5500
```

Proceedings include all events.                                                    LSS
0:00cr6065-ALL USA v. Manderson        *Beg. Vol. 1*              CLOSED APPEAL

3/14/00  ①    INDICTMENT as to Fitzroy Manderson (1) count(s) 1, 2
               (Criminal Category 1) (pb) [Entry date 03/15/00]

3/14/00  ②    ARREST WARRANT issued as to Fitzroy Manderson .   Warrant
               issued by Magistrate Barry S. Seltzer Pretrial Detention
               Requested (pb) [Entry date 03/15/00]

3/14/00  --    Magistrate identification:  Magistrate Judge Lurana S.Snow
               (pb) [Entry date 03/15/00]

3/17/00  --    ARREST of Fitzroy Manderson (ss) [Entry date 03/24/00]

3/20/00  ③    REPORT Commencing Criminal Action as to Fitzroy Manderson
               DOB: 4/11/59 Prisoner # 55244-004 (ss) [Entry date 03/21/00]

3/20/00  ④    Minute of Initial Appearance on Indictment held on 3/20/00
               before Ch. Magistrate Judge Lurana S. Snow as to Fitzroy
               Manderson; Inquiry Re Counsel 3/22/00 at 11:00;
               PTD/Arraignment 3/24/00 at 10:30; Court Reporter Name or
               Tape #: 00-016 @ 85-197 (ss) [Entry date 03/21/00]

3/20/00  --    Initial appearance as to Fitzroy Manderson held Arraignment
               set for 10:30 3/24/00 for Fitzroy Manderson; Detention
               Hearing set for 10:30 3/24/00 for Fitzroy Manderson
               (Defendant informed of rights.) (ss) [Entry date 03/21/00]

3/20/00  ⑤    ORDER on Initial Appearance as to Fitzroy Manderson Report
               re counsel set for 11:00 3/22/00 for Fitzroy Manderson;
               Arraignment set for 10:30 3/24/00 for Fitzroy Manderson;
               Detention hearing set for 10:30 3/24/00 for Fitzroy
               Manderson before Ch. Magistrate Judge Lurana S. Snow, ,
               (Signed by Ch. Magistrate Judge Lurana S. Snow on
               3/20/00) Tape # 00-016 CCAP (ss) [Entry date 03/22/00]

3/22/00  ⑥    Minute of Inquiry Re Counsel held on 3/22/00 before Ch.
               Magistrate Judge Lurana S. Snow as to Fitzroy Manderson;
               PTD 3/24/00 at 11:00; Status Conference 4/6/00 at 11:00;
               Court Reporter Name or Tape #: 00-016 @ 1367-1579 (ss)
               [Entry date 03/23/00]

3/22/00  --    Inquiry Re Counsel as to Fitzroy Manderson held (ss)
               [Entry date 03/23/00]

3/22/00  ⑦    STANDING DISCOVERY ORDER as to Fitzroy Manderson all
               motions concerning matters not covered by this order must
               be filed within 28 days of this order (Signed by Ch.
               Magistrate Judge Lurana S. Snow on 3/22/00) Tape # 00-016
               CCAP (ss) [Entry date 03/23/00]

3/22/00  ⑧    ORDER SETTING STATUS CONFERENCE as to Fitzroy Manderson
               Status conference set for 11:00 4/6/00 before Ch.
               Magistrate Judge Lurana S. Snow (Signed by Magistrate Judge
               Lurana S. Snow on 3/22/00) CCAP [EOD Date: 3/23/00] CCAP (ss)
               [Entry date 03/23/00]

Proceedings include all events.                                                    LSS
0:00cr6065-ALL USA v. Manderson          Vol. 1 cont.          CLOSED APPEAL

3/22/00 (9)     DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Fitzroy Manderson (ss) [Entry date 03/23/00]

3/22/00 (10)    NOTICE of Assignment of Assistant Public Defender for
                Fitzroy Manderson. AFPD Martin John Bidwill assigned. (ss)
                [Entry date 03/23/00]

3/22/00 (11)    ARRAIGNMENT INFORMATION SHEET for Fitzroy Manderson (1)
                count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (ss) [Entry date 03/24/00]

3/23/00 (12)    Arrest WARRANT Returned Executed as to Fitzroy Manderson on
                3/17/00 (ss) [Entry date 03/24/00]

3/24/00 (13)    Minute of PTD Hearing held on 3/24/00 before Ch. Magistrate
                Judge Lurana S. Snow as to Fitzroy Manderson; Status
                Conference 4/3/00 at 11:00; Court Reporter Name or Tape #:
                00-017 @ 1251-1300 (ss) [Entry date 03/27/00]

3/24/00 --      Pretrial Detention hearing as to Fitzroy Manderson held (ss)
                [Entry date 03/27/00]

3/24/00 (14)    ORDER Appointing Federal Public Defender for Fitzroy
                Manderson (Signed by Ch. Magistrate Judge Lurana S. Snow on
                3/22/00) CCAP [EOD Date: 3/27/00] CCAP (ss)
                [Entry date 03/27/00]

3/24/00 (15)    NOTICE of Hearing as to Fitzroy Manderson: Set Jury trial
                for 9:00 4/24/00 for Fitzroy Manderson before Judge William
                P. Dimitrouleas, Set calendar call for 9:00 4/21/00 for
                Fitzroy Manderson before Judge William P. Dimitrouleas (ss)
                [Entry date 03/27/00]

3/30/00 (16)    RESPONSE to Standing Discovery Order by USA as to Fitzroy
                Manderson (ss) [Entry date 03/31/00]

3/30/00 (17)    Witness list by USA as to Fitzroy Manderson (ss)
                [Entry date 03/31/00]

4/3/00  (18)    Minute of Status Conference held on 4/3/00 before Ch.
                Magistrate Judge Lurana S. Snow as to Fitzroy Manderson;
                Court Reporter Name or Tape #: 00-019 @ 3661 (ss)
                [Entry date 04/04/00]

4/3/00  --      Status conference as to Fitzroy Manderson held (ss)
                [Entry date 04/04/00]

4/5/00  (19)    Proposed Jury Instructions by USA  as to Fitzroy Manderson
                (mh) [Entry date 04/06/00]

4/6/00  (20)    Minute of Status Conference held on 4/6/00 before Ch.
                Magistrate Judge Lurana S. Snow as to Fitzroy Manderson;
                Court Reporter Name or Tape #: 00-020 @ 1984 (ss)

Proceedings include all events.                                                LSS
0:00cr6065-ALL USA v. Manderson          *Vol. 1 cont.*         CLOSED APPEAL

|  |  |  |
|---|---|---|
| | | [Entry date 04/07/00] |
| 4/6/00 | -- | Status conference as to Fitzroy Manderson held (ss) [Entry date 04/07/00] |
| 4/7/00 | (21) | STATUS REPORT ORDER as to Fitzroy Manderson. (Signed by Ch. Magistrate Judge Lurana S. Snow on 4/7/00) CCAP [EOD Date: 4/10/00] CCAP (ss) [Entry date 04/10/00] |
| 4/11/00 | (22) | MOTION by Fitzroy Manderson for Martin J. Bidwill to withdraw as counsel (ss) [Entry date 04/12/00] |
| 4/12/00 | (23) | ORDER as to Fitzroy Manderson Motion hearing before Judge William P. Dimitrouleas set for 9:15 4/14/00 for Fitzroy Manderson for [22-1] motion for Martin J. Bidwill to withdraw as counsel (Signed by Judge William P. Dimitrouleas on 4/12/00) CCAP [EOD Date: 4/13/00] CCAP△ (ss) [Entry date 04/13/00] |
| 4/13/00 | (24) | MOTION by USA as to Fitzroy Manderson proceed with trial during the week of 4/24/00 (ss) [Entry date 04/14/00] |
| 4/13/00 | (25) | ORDER as to Fitzroy Manderson [24-1] motion proceed with trial during the week of 4/24/00 defer ruling as to Fitzroy Manderson (1), granting [22-1] motion for Martin J. Bidwill to withdraw as counsel (Terminated: attorney Martin John Bidwill for Fitzroy Manderson (1) (Signed by Judge William P. Dimitrouleas on 4/14/00) CCAP [EOD 4/17/00] CCAP△ (ss) [Entry date 04/17/00] |
| 4/14/00 | (26) | Minute of Hearing Re: Counsel held on 4/14/00 before Judge William P. Dimitrouleas as to Fitzroy Manderson; Trial 4/24/00 at 9:00; Calendar Call 4/21/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 04/18/00] |
| 4/14/00 | -- | Hearing Re Counsel as to Fitzroy Manderson held (ss) [Entry date 04/18/00] |
| 4/18/00 | (27) | CJA 20 as to Fitzroy Manderson: Appointment of Attorney Howard J. Schumacher (Signed by Judge William P. Dimitrouleas on 4/18/00 nunc tunc 4/14/00) (ss) [Entry date 04/19/00] |
| 4/19/00 | (28) | MOTION by Fitzroy Manderson for continuance of trial (ss) [Entry date 04/20/00] |
| 4/19/00 | (29) | ORDER as to Fitzroy Manderson denying without prejudice [28-1] motion for continuance of trial as to Fitzroy Manderson (1) (Signed Judge William P. Dimitrouleas on 4/19/00) CCAP [EOD Date: 4/20/00] CCAP△ (ss) [Entry date 04/20/00] |

Proceedings include all events.                                         LSS
0:00cr6065-ALL USA v. Manderson        Vol. 1 cont.        CLOSED APPEAL

4/21/00  (30)    Minute of Calendar Call/Status Conference held on 4/21/00
                 before Judge William P. Dimitrouleas as to Fitzroy
                 Manderson; Calendar Call 5/19/00 at 9:00; Trial Period
                 5/22/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff
                 (ss) [Entry date 04/21/00]

4/21/00  --      Status conference as to Fitzroy Manderson held (ss)
                 [Entry date 04/21/00]

4/21/00  (31)    MOTION by USA as to Fitzroy Manderson seeking an Order
                 pursuant to Rule 15 to take deposition (ss)
                 [Entry date 04/24/00]

4/24/00  (32)    ORDER as to Fitzroy Manderson granting motion to continue:
                 Reset Jury trial for 9:00 5/22/00 for Fitzroy Manderson
                 before Judge William P. Dimitrouleas, Reset calendar call
                 for 9:00 5/19/00 for Fitzroy Manderson before Judge William
                 P. Dimitrouleas, to Continue in Interest of Justice
                 (Signed by Judge William P. Dimitrouleas on 4/24/00) CCAP
                 [EOD Date: 4/24/00] CCAP∆ (ss) [Entry date 04/24/00]

4/24/00  (33)    ORDER as to Fitzroy Manderson Motion hearing before Judge
                 William P. Dimitrouleas set for 1:00 4/25/00 for Fitzroy
                 Manderson for [31-1] motion seeking an Order pursuant to
                 Rule 15 to take deposition (Signed by Judge William P.
                 Dimitrouleas on 4/24/00) CCAP [EOD Date: 4/25/00] CCAP∆ (ss)
                 [Entry date 04/25/00]

4/25/00  (34)    Minute of Hearing Re: Deposition held on 4/25/00 before
                 Judge William P. Dimitrouleas as to Fitzroy Manderson;
                 Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 04/26/00]

4/25/00  --      Motion hearing as to Fitzroy Manderson re: [31-1] motion
                 seeking an Order pursuant to Rule 15 to take deposition
                 Motion hearing held before Judge William P. Dimitrouleas (ss)
                 [Entry date 04/26/00]

4/26/00  (35)    ORDER as to Fitzroy Manderson granting [31-1] motion
                 seeking an Order pursuant to Rule 15 to take deposition
                 (See Order) (Signed by Judge William P. Dimitrouleas on
                 4/26/00) CCAP [EOD Date: 4/27/00] CCAP∆ (ss)
                 [Entry date 04/27/00]

5/19/00  (36)    Minutes of Calendar Call/Status Conference held on 5/19/00
                 before Judge William P. Dimitrouleas as to Fitzroy
                 Manderson; Calendar Call 6/9/00 at 9:00; 2 week trial
                 period 6/12/00 at 9:00; Court Reporter Name or Tape #: Bob
                 Ryckoff (ss) [Entry date 05/19/00]

5/19/00  --      Status conference as to Fitzroy Manderson held (ss)
                 [Entry date 05/19/00]

Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson          Vol 1 cont.        CLOSED APPEAL

5/19/00  (37)   ORDER as to Fitzroy Manderson granting motion to continue:
                Reset Jury trial for 9:00 6/12/00 before Judge William P.
                Dimitrouleas, Reset calendar call for 9:00 6/9/00 before
                Judge William P. Dimitrouleas, to Continue in Interest of
                Justice (Signed by Judge William P. Dimitrouleas on
                5/19/00) CCAP [EOD Date: 5/22/00] CCAPΔ (ss)
                [Entry date 05/22/00]

6/9/00   (38)   REQUESTED instruction regarding flight as to Fitzroy
                Manderson (ss) [Entry date 06/12/00]

6/12/00  (39)   Minutes of Jury Selection & Trial Day 1 held on 6/12/00
                before Judge William P. Dimitrouleas as to Fitzroy
                Manderson; Day 2 6/13/00 at 9:15; Court Reporter Name or
                Tape #: Bob Ryckoff (ss) [Entry date 06/12/00]

6/12/00  --     Voir dire begun as to Fitzroy Manderson (1) count(s) 1, 2
                (ss) [Entry date 06/12/00]

6/12/00  --     Jury trial as to Fitzroy Manderson held (ss)
                [Entry date 06/12/00]

6/12/00  (40)   RESPONSE by USA as to Fitzroy Manderson re motion to
                suppress witness identification of defendant (ss)
                [Entry date 06/13/00]

6/12/00  (41)   Minutes of Motion to Suppress held on 6/12/00 before Judge
                William P. Dimitrouleas as to Fitzroy Manderson; Court
                Reporter Name or Tape #: none given (ss)
                [Entry date 06/13/00]

6/12/00  --     Motion hearing as to Fitzroy Manderson re: motion to
                suppress before Judge William P. Dimitrouleas (ss)
                [Entry date 06/13/00]

6/13/00  (42)   Minutes of Jury Trial Day 2 held on 6/13/00 before Judge
                William P. Dimitrouleas as to Fitzroy Manderson; Day 3
                6/14/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff
                (ss) [Entry date 06/14/00]

6/13/00  --     Jury trial as to Fitzroy Manderson held (ss)
                [Entry date 06/14/00]

6/14/00  (43)   ORDER as to Fitzroy Manderson denying motion to suppress
                witness identification out-of-Court and in-Court (Signed by
                Judge William P. Dimitrouleas on 6/14/00) CCAP [EOD Date:
                6/15/00] CCAPΔ (ss) [Entry date 06/15/00]

6/14/00  (44)   Court's Jury instructions as to Fitzroy Manderson (ss)
                [Entry date 06/15/00]

```
Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson          Vol 1 cont.      CLOSED APPEAL
```

6/14/00  (45)   Minutes of Jury Trial Day 3 held on 6/14/00 before Judge
                William P. Dimitrouleas as to Fitzroy Manderson; Sentencing
                8/25/00 at 11:00; Court Reporter Name or Tape #: Bob
                Ryckoff (ss) [Entry date 06/15/00]

6/14/00  --     Jury trial as to Fitzroy Manderson held (ss)
                [Entry date 06/15/00]

6/14/00  (46)   Exhibit and Witness List as to Fitzroy Manderson (ss)
                [Entry date 06/15/00]

6/14/00  (47)   Jury notes and Court's answers as to Fitzroy Manderson (ss)
                [Entry date 06/15/00]

6/14/00  (48)   JURY VERDICT as to Fitzroy Manderson Not Guilty: Fitzroy
                Manderson (1) count(s) 1, Guilty: Fitzroy Manderson (1)
                count(s) 2 (ss) [Entry date 06/15/00]

6/14/00  (49)   Release of exhibits as to Fitzroy Manderson Released to:
                Terrence J. Thompson (ss) [Entry date 06/15/00]

6/14/00  (50)   Release of exhibits as to Fitzroy Manderson Released to:
                Howard Schumacher (ss) [Entry date 06/15/00]

6/14/00  (51)   NOTICE of Hearing as to Fitzroy Manderson: Setting
                Sentencing for 11:00 8/25/00 for Fitzroy Manderson before
                Judge William P. Dimitrouleas (ss) [Entry date 06/15/00]

6/16/00  (52)   MOTION by Fitzroy Manderson to suppress witness
                identification out-of-court and in-court (ss)
                [Entry date 06/19/00]

8/11/00  (53)   MOTION by Fitzroy Manderson to substitute Howard J.
                Schumacher as Attorney (mh) [Entry date 08/14/00]

8/11/00  (54)   ORDER as to Fitzroy Manderson Motion hearing before Judge
                William P. Dimitrouleas set for 9:00 on 8/17/00 for Fitzroy
                Manderson re; [53-1] motion to substitute Howard J.
                Schumacher as Attorney (Signed by Judge William P.
                Dimitrouleas on 8/11/00) CCAP [EOD Date: 8/14/00] CCAP△ (mh)
                [Entry date 08/14/00]

8/17/00  (55)   Minutes of Hearing re Counsel held on 8/17/00 before Judge
                William P. Dimitrouleas as to Fitzroy Manderson; Court
                Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 08/17/00]

8/17/00  --     Hearing Re Counsel as to Fitzroy Manderson held (ss)
                [Entry date 08/17/00]

8/17/00  (56)   ORDER as to Fitzroy Manderson denying as moot [53-1]
                request for substitution of Howard J. Schumacher as counsel
                as to Fitzroy Manderson (1) (Signed by Judge William P.
                Dimitrouleas on 8/17/00) CCAP [EOD Date: 8/17/00] CCAP△ (ss)

Proceedings include all events.                                                LSS
0:00cr6065-ALL USA v. Manderson        Vol. 1 cont.        CLOSED APPEAL

                        [Entry date 08/17/00]

8/23/00  (57)   UNOPPOSED MOTION by Fitzroy Manderson to file objections
                to PSI out of time (ss) [Entry date 08/24/00]

8/25/00  (58)   ORDER as to Fitzroy Manderson granting [57-1] unopposed
                motion to file objections to PSI out of time as to Fitzroy
                Manderson (1) (Signed by Judge William P. Dimitrouleas on
                8/25/00) CCAP [EOD Date: 8/28/00] CCAP∆ (ss)
                [Entry date 08/28/00]

8/25/00  (59)   Minutes of Sentencing held on 8/25/00 before Judge William
                P. Dimitrouleas as to Fitzroy Manderson; Court Reporter
                Name or Tape #: Bob Ryckoff (ss) [Entry date 08/28/00]

8/25/00  --     Sentencing held Fitzroy Manderson (1) count(s) 2 (ss)
                [Entry date 08/29/00]

8/28/00  (60)   JUDGMENT as to Fitzroy Manderson (1) count(s) 2.
                Imprisonment 78 months; Supervised Release 36 months;
                Assessment $100.00 (Signed by Judge William P. Dimitrouleas
                on 8/28/00) CCAP [EOD Date: 8/29/00] CCAP (ss)
                [Entry date 08/29/00]

8/30/00  (62)   NOTICE OF APPEAL by Fitzroy Manderson re: [60-1] judgment
                order .  EOD Date: 8/29/00; Fitzroy Manderson (1) count(s)
                2;  Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA,
                AUSA, USM, USPO and Counsel of Record. (gf)
                [Entry date 09/27/00]

9/25/00  (61)   Judgment Returned Executed as to Fitzroy Manderson on
                9/13/00 at Federal Correctional Institute, Elkton, OH (ss)
                [Entry date 09/26/00]

9/27/00  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Fitzroy Manderson [62-1] appeal
                (gf) [Entry date 09/27/00]

9/28/00  --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Fitzroy Manderson  Re: [62-1] appeal   USCA Number:
                00-15128-D (dl) [Entry date 10/06/00]

10/19/00 (63)   DUPLICATE NOTICE OF APPEAL by Fitzroy Manderson re: [60-1]
                judgment order .  EOD Date: 8/29/00; Fitzroy Manderson (1)
                count(s) 2;  Filing Fee: $ NO FEE PAID; Copies to USCA,
                AUSA, USM, USPO and Counsel of Record. (gf)
                [Entry date 10/19/00]

10/19/00 --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Fitzroy Manderson [63-1] appeal
                (gf) [Entry date 10/19/00]

```
Proceedings include all events.                                    LSS
0:00cr6065-ALL USA v. Manderson        Vol 1 cont.     CLOSED APPEAL
```

10/26/00 (65)  TRANSCRIPT INFORMATION FORM as to Fitzroy Manderson  re:
               [62-1] appeal received. (Forwarded to Court Reporter
               Coordinator) (gf) [Entry date 10/31/00]

10/30/00 (64)  APPEAL INFORMATION SHEET as to Fitzroy Manderson re: [62-1]
               appeal ; Transcript ordered. No financial arrangements made
               with Court Reporter. (gf) [Entry date 10/31/00]

11/6/00  (66)  MOTION by Fitzroy Manderson for leave of Court to acquire
               all transcripts (ss) [Entry date 11/08/00]

11/6/00  (67)  APPLICATION by Fitzroy Manderson to proceed in forma
               pauperis (ss) [Entry date 11/08/00]

11/7/00  (68)  ORDER as to Fitzroy Manderson denying as moot [66-1] motion
               for transcripts (Signed by Judge William P. Dimitrouleas on
               11/7/00) CCAP [EOD Date: 11/8/00] CCAPΔ (ss)
               [Entry date 11/08/00]

11/9/00  (69)  TRANSCRIPT INFORMATION FORM as to Fitzroy Manderson  re:
               [63-1] appeal received. (Forwarded to Court Reporter
               Coordinator) (gf) [Entry date 11/14/00]

11/9/00  (70)  Appeal Information Sheet as to Fitzroy Manderson  re:
               [62-1] appeal Transcript due 12/4/00 for Fitzroy Manderson
               (gf) [Entry date 11/14/00]

12/8/00  71    TRANSCRIPT filed as to Fitzroy Manderson  of Trial
               Proceedings held 6/13/00  before Judge William P.
               Dimitrouleas  Volume #: 1  Pages: 1-128  re: [63-1] appeal,
               [62-1] appeal . Appeal record due on 12/23/00 for Fitzroy
               Manderson (gf) [Entry date 12/08/00]                 Vol. 3

12/8/00  72    TRANSCRIPT filed as to Fitzroy Manderson  of Trial
               Proceedings held 6/14/00  before Judge William P.
               Dimitrouleas  Volume #: 2  Pages: 1-51  re: [63-1] appeal,
               [62-1] appeal . Appeal record due on 12/23/00 for Fitzroy
               Manderson (gf) [Entry date 12/08/00]                 Vol. 4

12/8/00  73    TRANSCRIPT filed as to Fitzroy Manderson  of Sentence held
               8/25/00  before Judge William P. Dimitrouleas  Volume #: 1
               Pages: 1-16  re: [63-1] appeal, [62-1] appeal . Appeal
               record due on 12/23/00 for Fitzroy Manderson (gf)
               [Entry date 12/08/00]                               Vol. 5

1/2/01   (74)  CJA 24 as to Fitzroy Manderson Authorization to Pay Amount:
               $ 579.00 for Transcript Voucher # FLST2000646 (Signed by
               Judge William P. Dimitrouleas on 12/8/00) CCAP [EOD Date:
               1/3/01] (ss) [Entry date 01/03/01]

1/5/01   (75)  Certificate of readiness transmitted to USCA as to Fitzroy
               Manderson  re: [63-1] appeal  by Fitzroy Manderson  USCA #
               00-15128-D (dl) [Entry date 01/05/01]

Proceedings include all events.                                                    LSS
0:00cr6065-ALL USA v. Manderson            Vol 1 cont.         CLOSED APPEAL

1/22/01   --        ACKNOWLEDGMENT of  receipt by U.S.C.A. of: COR on 01/11/01
                    U.S.C.A. # 00-15128-D (dl) [Entry date 01/23/01]

2/22/01   76        Appeal Information Sheet as to Fitzroy Manderson  re:
                    [63-1] appeal, [62-1] appeal Transcript due 3/21/01 for
                    Fitzroy Manderson (gf) [Entry date 02/27/01]

3/16/01   77        NOTICE of receipt as to Fitzroy Manderson referencing money
                    that defendant wishes returned to him (Signed by Judge
                    William P. Dimitrouleas on 3/16/01) CCAP [EOD Date:
                    3/19/01] CCAPΔ (ss) [Entry date 03/19/01]

4/9/01    78        TRANSCRIPT filed as to Fitzroy Manderson  of Motion to
                    Suppress Hearing held 6/12/00  before Judge William P.
                    Dimitrouleas  Volume #: 1  Pages: 1-22  re: [63-1] appeal,
                    [62-1] appeal . Appeal record due on 4/24/01 for Fitzroy
                    Manderson (gf) [Entry date 04/10/01]         Vol. 2

4/9/01    79        Appeal Information Sheet as to Fitzroy Manderson  re:
                    [63-1] appeal, [62-1] appeal Transcript filed on 4/9/01 for
                    Fitzroy Manderson (gf) [Entry date 04/10/01]

5/29/01   80        CJA 24 as to Fitzroy Manderson Authorization to Pay Amount:
                    $50.40 for Transcript Voucher # FLST2001969 (Signed by
                    Judge William P. Dimitrouleas on 4/13/01) CCAP [EOD Date:
                    5/31/01] (ss) [Entry date 05/31/01]

6/8/01    81        1st Supplemental Certificate of readiness transmitted to
                    USCA as to Fitzroy Manderson  re: [63-1] appeal  by Fitzroy
                    Manderson, [62-1] appeal  by Fitzroy Manderson  USCA #
                    00-15128-D (gf) [Entry date 06/08/01]

6/26/01   --        ACKNOWLEDGMENT of  receipt by U.S.C.A. of: 1st Supplemental
                    COR on 06/13/01 U.S.C.A. # 00-1528-D (dl)
                    [Entry date 06/27/01]

9/7/01    82        ORDER of dismissal from USCA (certified copy) by Fitzroy
                    Manderson dismissing [63-1] appeal, dismissing [62-1] for
                    want of prosecution because appellant failed to file an
                    appellant's brief and record excerpts within the time fixed
                    by the rules. USCA #: 00-15128-DD USCA Order Date: 9/5/01
                    (gf) [Entry date 09/21/01]

11/20/01  83        2nd Supplemental Certificate of Readiness and Transmittal of
                    Supplemental Record consisting of one (1) accordion folder
                    of trial exhibits [videotapes (3) and certified transcripts
                    of depositions (3)] transmitted to USCA as to Fitzroy
                    Manderson re: [63-1] appeal by Fitzroy Manderson, [62-1]
                    appeal by Fitzroy Manderson USCA # 00-15128-DD (gf)
                    [Entry date 11/20/01] [Edit date 11/20/01]

11/30/01  84        Letter MOTION by Fitzroy Manderson for release of funds (ss)
                    [Entry date 12/04/01]

```
Proceedings include all events.                                           LSS
0:00cr6065-ALL USA v. Manderson          Vol. 1 Cont.      CLOSED APPEAL
```

12/3/01  --      ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Record on Appeal
                 on 12/3/01;  U.S.C.A. # 00-15128-DD (dl)
                 [Entry date 12/05/01]

12/3/01  --      ACKNOWLEDGMENT of  receipt by U.S.C.A. of: 2nd Supplemental
                 Certificate of Readiness and Transmittal of Supplemental of
                 Record on Appeal  on 12/3/01; U.S.C.A. # 00-15128-DD (dl)
                 [Entry date 12/05/01]

2/4/02   (85)    MOTION by Fitzroy Manderson for the modification of
                 sentence (ss) [Entry date 02/05/02]

2/5/02   (86)    ORDER as to Fitzroy Manderson  denying [85-1] motion for
                 the modification of sentence as to Fitzroy Manderson (1) (
                 Signed by Judge William P. Dimitrouleas on 2/5/02) [EOD
                 Date: 2/6/02] CCAP△ (lh) [Entry date 02/06/02]

2/13/02  (87)    NOTICE OF APPEAL by Fitzroy Manderson re: [86-1] order  EOD
                 Date: 2/6/02; Fitzroy Manderson (1) count(s) 2;  Filing
                 Fee: $ NO FEE PAID. Copies to USCA, AUSA, USM, USPO and
                 Counsel of Record. (gf) [Entry date 02/13/02]

2/13/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Fitzroy Manderson [87-1] appeal
                 (gf) [Entry date 02/13/02]

2/15/02  (88)    ORDER as to Fitzroy Manderson denying motion for a
                 certificate of appealability (Signed by Judge William P.
                 Dimitrouleas on 2/15/02) [EOD Date: 2/19/02] CCAP△ (ss)
                 [Entry date 02/19/02]

2/19/02  (89)    MANDATE OF USCA (certified copy) as to Fitzroy Manderson
                 RE: [63-1] appeal, [62-1] appeal affirming judgment/order
                 Date Issued: 2/14/02  USCA Appeal #: 00-15128-DD; Copy to
                 Judge. (gf) [Entry date 02/21/02]

2/19/02  --      Record on appeal returned from U.S. Court of Appeals:
                 [63-1] appeal  by Fitzroy Manderson, [62-1] appeal  by
                 Fitzroy Manderson  USCA #: 00-15128-DD (gf)
                 [Entry date 02/21/02]

2/22/02  --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 2/22/02 as to Fitzroy Manderson  Re: [87-1]
                 appeal  USCA Number: 02/10908-B (dl) [Entry date 02/25/02]

2/26/02  (90)    TRANSCRIPT INFORMATION FORM as to Fitzroy Manderson  re:
                 [87-1] appeal  received on 2/27/02 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (gf)
                 [Entry date 02/27/02]

3/5/02   (91)    MOTION by Fitzroy Manderson to compel defense counsel to
                 comply with Court order of 3/16/01 (ss)
                 [Entry date 03/06/02]

Proceedings include all events.                                              LSS
0:00cr6065-ALL USA v. Manderson          Vol. 1 cont.              CLOSED APPEAL

3/5/02   (92)   ORDER as to Fitzroy Manderson [91-1] motion to compel
                defense counsel to comply with Court order of 3/16/01 defer
                ruling for 10 days (Signed by Judge William P. Dimitrouleas
                on 3/5/02) [EOD Date: 3/6/02] CCAP△ (ss)
                [Entry date 03/06/02]

3/11/02  (94)   TRANSCRIPT INFORMATION FORM as to Fitzroy Manderson re:
                [87-1] appeal  by Fitzroy Manderson ;  Transcript of Trial
                and Sentence ordered on 3/4/02. No financial arrangements
                made with Court Reporter. (dl) [Entry date 03/15/02]

3/14/02  (93)   RESPONSE by USA as to Fitzroy Manderson re [84-1] request
                for release of funds (ss) [Entry date 03/15/02]

3/15/02  (95)   ORDER as to Fitzroy Manderson denying [91-1] motion to
                compel defense counsel to comply with Court order of
                3/16/01 as to Fitzroy Manderson (1) (Signed by Judge
                William P. Dimitrouleas on 3/15/02) [EOD Date: 3/18/02]
                CCAP△ (ss) [Entry date 03/18/02]

3/19/02  (96)   RESPONSE by Fitzroy Manderson to [92-1] order (ss)
                [Entry date 03/20/02]

3/19/02  (97)   AMENDED ORDER as to Fitzroy Manderson Denying [91-1] motion
                to compel defense counsel to comply with Court order of
                3/16/01 (Signed by Judge William P. Dimitrouleas on
                3/19/02) [EOD Date: 3/20/02] (ss) [Entry date 03/20/02]

4/16/02  (98)   ORDER of dismissal from USCA (certified copy) by Fitzroy
                Manderson dismissing [87-1] appeal for want of prosecution
                because appellant failed to file an appellant's brief and
                record excerpts within the time fixed by the rules. USCA #:
                02-10908-BB USCA Order Date: 4/12/02 (gf)
                [Entry date 04/17/02]

5/13/02  (99)   ORDER as to Fitzroy Manderson petitioner may file an
                amended petition with a proper oath or sign the attached
                verification by 5/28/02 (Signed by Judge William P.
                Dimitrouleas on 5/13/02) [EOD Date: 5/14/02] CCAP△ (ss)
                [Entry date 05/14/02]

5/15/02  (100)  ORDER TO SHOW CAUSE (2255) as to Fitzroy Manderson re: why
                petition should not be granted. Response to Order to Show
                Cause due 5/31/02 for USA (Signed by Judge William P.
                Dimitrouleas on 5/15/02) CCAP (ss) [Entry date 05/16/02]

5/31/02  (101)  FINAL JUDGMENT and ORDER as to Fitzroy Manderson denying
                motion to vacate; denying as moot [84-1] motion for release
                of funds as to Fitzroy Manderson (1), denying as moot [67-1]
                application to proceed in forma pauperis as to Fitzroy
                Manderson (1) (Signed by Judge William P. Dimitrouleas on
                5/31/02) [EOD Date: 6/3/02] CCAP△ (ss) [Entry date 06/03/02]

Proceedings include all events.                     Vol. 1 cont.                     LSS
0:00cr6065-ALL USA v. Manderson                                      CLOSED APPEAL

1/8/03    (102)    MOTION by Fitzroy Manderson for modification of [60-1]
                   judgment order, and to reduce his sentence (ss)
                   [Entry date 01/09/03]

1/10/03   (103)    ORDER as to Fitzroy Manderson  denying [102-1] motion for
                   modification of [60-1] judgment order as to Fitzroy
                   Manderson (1), [102-2] motion to reduce his sentence as to
                   Fitzroy Manderson (1) ( Signed by Judge William P.
                   Dimitrouleas on 1/10/03) [EOD Date: 1/13/03] CCAPΔ (lh)
                   [Entry date 01/13/03]

2/11/03   (104)    NOTICE OF APPEAL by Fitzroy Manderson re: [103-1] order
                   EOD Date: 1/13/03; Fitzroy Manderson (1) count(s) 2;
                   Filing Fee: $ NO FEE PAID. Copies to USCA, AUSA, USM, USPO
                   and Counsel of Record. (gf) [Entry date 02/12/03]

2/12/03   --       Certified copies of Notice of Appeal, Docket and Order
                   under appeal to USCA: as to Fitzroy Manderson [104-1]
                   appeal (gf) [Entry date 02/12/03]

2/25/03   --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                   from USCA  on 2/18/03 as to Fitzroy Manderson  Re: [104-1]
                   appeal  USCA Number: 03-10817-F (gf) [Entry date 02/28/03]

3/21/03   (105)    ORDER of limited remand from USCA (certified copy) re:
                   [104-1] appeal, for a determination of excusable neglect or
                   good cause, by Fitzroy Manderson USCA Order Date: 3/18/03
                   (gf) [Entry date 04/10/03]

4/14/03   (106)    ORDER as to Fitzroy Manderson Set evidentiary hearing for
                   9:00 6/13/03 for Fitzroy Manderson before Judge William P.
                   Dimitrouleas, appointing Julie Vianale as counsel for
                   this evidentiary hearing (Signed by Judge William P.
                   Dimitrouleas on 4/14/03) [EOD Date: 4/15/03] CCAPΔ (ss)
                   [Entry date 04/15/03]

4/22/03   (107)    CJA 20 as to Fitzroy Manderson: Appointment of Attorney
                   Julie Prag Vianale (Signed by Judge William P. Dimitrouleas
                   on 4/22/03 nunc pro tunc 4/14/03) (ss) [Entry date 04/23/03]

6/4/03    (108)    ORDER as to Fitzroy Manderson  reset evidentiary hearing
                   for filing untimely notice of appeal for 10:00 7/3/03 for
                   Fitzroy Manderson before Judge William P. Dimitrouleas (
                   Signed by Judge William P. Dimitrouleas on 6/4/03) [EOD
                   Date: 6/5/03] CCAPΔ (dp) [Entry date 06/05/03]

7/2/03    (109)    PRE-HEARING MEMORANDUM of law by Fitzroy Manderson in
                   support of a finding of good cause or excusable neglect (ss)
                   [Entry date 07/03/03]

7/3/03    (110)    Minutes of Remand from 11th Circuit held on 7/3/03 before
                   Judge William P. Dimitrouleas as to Fitzroy Manderson;
                   Court Reporter Name or Tape #: Jerry Reeves (ss)
                   [Entry date 07/07/03]

Docket as of July 14, 2003 3:27 pm                          Page 15

```
Proceedings include all events.                    LSS
0:00cr6065-ALL USA v. Manderson        Vol. 1 cont.        CLOSED APPEAL
```

7/3/03   (111)    Exhibit and Witness List as to Fitzroy Manderson (ss)
                  [Entry date 07/07/03]

7/3/03   (112)    ORDER On Limited Remand as to Fitzroy Manderson recommending
                  that the defendant be allowed to appeal this Court's Order
                  of 1/13/03 (Signed by Judge William P. Dimitrouleas on
                  7/3/03) [EOD Date: 7/7/03] CCAPΔ (ss) [Entry date 07/07/03]

7/14/03  (113)    Certificate of Readiness and Transmittal of Record on
                  Appeal to USCA as to Fitzroy Manderson  re: [104-1] appeal
                  by Fitzroy Manderson  USCA # 03-10817-FF (gf)
                  [Entry date 07/14/03]        End Vol 1