UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**04-60168**
**CIV-DIMITROULEAS**

FITZROY MANDERSON,
PETITIONER/MOVANT,

-Vs.-

UNITED STATES OF AMERICA,
PLAINTIFF.

CASE NO. 00-6065-CR /TORRES/

DIMITROULEAS

AFFIDAVIT OF SUPPORT OF HIS PETITION
UNDER 28 U.S.C. 2255

(1) Petitioner Fitzroy Manderson hereby states under oath and penalty of perjury pursuant to 28 U.S.C. 1746 that the below statement and fact(s) are true and correct to the best of my ability.

(2) That the Petitioner received ineffective assistance of counsel during his sentencing "when his attorney advised him not to say anything to the Court because it might ruin the Appeal". This is after the Honorable Judge Dimitrouleas asked Petitioner if there is anything he wants to tell the Judge about the drug smuggling operation, or role in it, or anything else before he imposed sentencing.

(3) That the Petitioner was willing to tell the judge about the drug smuggling and the "minor role" that he had played, but his attorney advised him not to say anything.

( 1 )



Respectfully submitted on this 27th day of January 2004.

*[signature]*

FITZRTOY MANDERSON
Reg. No. 55244-004
F.S.L. Elkton, Unit G/A
P.O. Box 10
Lisbon, Ohio 44432-0010

( 2 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FITZROY MANDERSON,            )
PETITIONER/MOVANT,            )
                              )
      -Vs.-                   )       CASE NO. 00-6065-CR
                              )
                              )       DIMITROULEAS
UNITED STATES OF AMERICA,     )
          PLAINTIFF.          )
                              )

PETITIONER'S SECOND OR SUCCESSIVE APPLICATION
FOR RELIEF UNDER 28 U.S.C. 2253(c)(2) AND 28 U.S.C. 2255

PETITIONER FITZROY MANDERSON, PRO-SE, respectfully moves this Honorable Court to grant him authorization to file a second or successive application under 28 U.S.C. 2253(c)(2) and 28 U.S.C. 2255, to vacate, set aside, or correct his sentence in this case. In support thereof, the Petitioner/Movant submits the below and following statement of fact and procedural history of the case:

1) On March 17, 2000, the Petitioner was arrested by officers from the Broward County Sheriff's Department and charged with violating Title 21 U.S.C. 952(a) and 21 U.S.C. 841(a)(1).

On March 14, 2000, an indictment was returned against Manderson charging him with importation of Cocaine with intent to distribute, both on February 20, 2000. (See Exhibit A)

( 3 )

of ineffective assistance of counsel necessarily to beyond the record. Therefore, the Petitioner suggests that a studied examination by this Court could best occur in an evidentiary hearing. The Petitioner requests that this Court, therefore, order the Evidentiary Hearing to consider the Petitioner's claims for relief.

### III. CONCLUSION

The Petitioner respectfully requests that this Honorable Court grant him authorization to File a Second or Successive Application and vacate, set asisde, or modify the sentence pursuant to U.S.S.G. 5C1.2 (a-(5), and 3B1.2, 3E1.1 as the Petitioner was denied his Sixth Amendment right to effective assistance of counsel. In the alternative, the Petitioner requests that his appellant rights be restored, so that he can receive the effective assistance of counsel that he has been denied at sentencing and appeal. At the very minimum, the Petitioner requests that the Court consider lowering his offense level in accordance with U.S.S.G. 2D1.1(b), 5C1.2, 3B1.2, and 3E1.1 .

Respectfully submitted,

**FITZROY MONDERSON**
Reg. No. 55244-004
Pro-Se Petitioner
F.S.L. Elkton, Unit G/A
P.O. Box 10
Lisbon, Ohio 44432-0010

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and placed in the Special Mail Box at F.S.L. Elkton, Ohio 44432. Executed on this 20th day of January 2004.

**FITZROY MONDERSON, Pro-Se**
Reg. No. 55244-004
F.S.L. Elkton, Unit G/A
P.O. Box 10
Lisbon, Ohio 44432-0010


cc:   U.S. Assitant Attorney Terrence Thompson
      500 East Broward Boulevard
      Fort Lauderdale, Florida 33301-1902

( 14 )